# SECOND ORIGINAL

## IN THE STATE COURT OF FORSYTH COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| THE DELOACH GROUP, INC. d/b/a, Quastar Computer International<br><br>Plaintiff,<br><br>vs.<br><br>ASHFORD FINANCE LLC, NOUSHIR HASAN, CARREFOUR INFORMATIQUE TREMBLANT, INC, CORPORATE FUNDING PARTNERS, LLC, GANGES EXPORTS USA, MIKE TONES, AMIN HAQ, BEEM KHEMANEY, AND JOHN DOES I THROUGH IV<br><br>Defendants. | CIVIL ACTION FILE NO. _____<br><br><br>**FORSYTH COUNTY GEORGIA**<br>FILED IN THIS OFFICE<br><br>APR 1 2 2011<br><br>*M.C. All*<br>CLERK SUPERIOR COURT |

## <u>COMPLAINT</u>

**COMES NOW THE DELOACH GROUP, INC d/b/a Quastar**

**Computer International** (hereinafter referred to as "Quastar"), and files this

Complaint showing the Court as follows:

1.

Defendant Ashford Finance Company LLC ("Ashford Finance") is a

Delaware company with its principal place of business in New York, New York

and may be personally served with process through its registered agent Noushir

Hasan at 50 Broadway 33rd floor, New York, New York 10004.



2.

Defendant Nourshir Hasan ("Hasan") is a resident of the State of New York and may be served at 530 E 9th St., New York New York, 10128.

3.

Defendant Carrefour Informatique Tremblant, Inc. ("Carrerfour") is purported to be or was a Quebec company that does or had its principal place of business at 460 Montee Kavanagh, Mont Tremblant, Quebec J8E2P2.

4.

Defendant Corporate Funding Partners, LLC ("Corporate Funding") is a New York company that does or had its principal place of business at 250 West 57th Street, Suite 1414, New York, New York, 10023.

5.

Defendant Ganges Exports USA ("Ganges") purports to be a company with its principal place of business at 292 Fifth Avenue, Suite 200, New York, NY 10001.

6.

Defendant Mike Tones ("Tones") purportedly is or was an employee of Corporate Funding Partners, LLC and Carrefour and is believe to be a resident of Quebec Canada.

7.

Defendant Amin Haq ("Haq") purportedly is or was an employee of Ganges Exports USA and is believed to be a resident of New York.

8.

Defendant Beem Khemaney ("Khemaney") purportedly is or was an employee of Ganges Exports USA and is believed to be a resident of Hong Kong.

9.

Defendants John Does I through IV are yet to be named defendants in this action.

10.

Plaintiff Quastar is a Georgia company with it principal place of business at 5910 Shiloh Road East, Ste. 101 Alpharetta, Georgia 30005 in Forsyth County and is in the business of selling computer equipment.

11.

This Court has jurisdiction over this matter, as well as over the Defendants pursuant to O.C.G.A § 9-10-91, *and*, venue is proper herein.

12.

In or around March 2009, Defendants Carrefour and Tones approached Quastar to purchase various computer equipment from Quastar (the "First Carrefour Approach").

13.

After completion of a credit review by Quastar, Quastar communicated to Carrefour and Tones that Carrefour would have to pay in advance or provide a letter of credit for the requested computer equipment.

14.

Rather than paying in advance or providing a letter of credit, Carrefour and Tones did not purchase the equipment from Quastar in March of 2009. Instead, Carrefour and Tones ceased contacting Quastar about the transaction for several months.

15.

In or around July 2009, Tones and Carrefour again approached Quastar again about purchasing various computer equipment (the "Second Carrefour

Approach"). At this time, Carrefour and Tones stated that it had secured a commitment for a letter of credit from First American Bank in Illinois for substantially the entire purchase price of the computer equipment. At that time, Carrefour and Tones stated that it would procure the letter of credit with the assistance of its partners and related companies, Ashford Finance and Corporate Funding.

### 16.

At that time, Quastar confirmed with First American Bank, Corporate Funding, Ashford Finance and Defendant Hasan that a letter of credit would be issued to secure the transaction with Quastar. In addition, Quastar confirmed from the aforementioned defendants about the conditions for payment that would be contained in the letter of credit.

### 17.

One such condition was termed a the production of a "Shipping Compliance Certificate" which was to be provided by Ashford Finance to Quastar in Georgia once Ashford Finance was provided with evidence that the computer equipment was indeed shipped to Carrefour in Quebec. In order to satisfy this condition, Quastar was to provide Ashford Finance a copy of the truck bill of lading and a proof of delivery as evidence that the goods were shipped to Carrefour.

18.

Quastar had several conversations with Carrefour, Tones, Ashford Finance, Hasan and Corporate Funding during this time and all assured him that a letter of credit for substantially all or all of the purchase price would be obtained, Ashford Finance would send Quastar the Shipping Compliance Certificate once Quastar provided the bill of lading and proof of delivery as evidence that the computer equipment was shipped to Carrefour, and that Quastar would receive payment for the computer equipment through the letter of credit after Ashford Finance sent Quastar the Shipping Compliance Certificate.

19.

On the eve of Quastar shipping the computer equipment to Carrefour, Carrefour, Tones, Ashford Finance, Hasan and Corporate Funding notified Quastar that an additional party, Ganges Export  USA ("Ganges"), would be the "export agent" for Ashford Finance in the transaction. Ganges had not previously been disclosed by Carrefour, Tones, Ashford Finance, Hasan and Corporate Funding as a party that would be involved in the transaction. Defendants Carrefour, Tones, Ashford Finance, Hasan and Corporate Funding would only explain Ganges' role as a necessary export agent for Ashford Finance.

20.

On September 15, 2009, a letter of credit was issued by First American Bank in the amount of $190,834 listing Quastar as the beneficiary and Ganges as the applicant. The letter of credit has an expiry date of December 9, 2009. (hereinafter the "Letter of Credit"; see Letter of Credit attached as Exhibit "A").

21.

Nevertheless, before it shipped the computer equipment, Quastar continued its due diligence process concerning the Letter of Credit to ascertain Ganges' role in the transaction, which had never been fully explained to Quastar. On or around September 23, 2009, Quastar received information from a third party, who informed Quastar that there were "funding" issues with Carrefour and that Quastar should "hold off" on shipping the computer equipment to Carrefour.  Based on this, Quastar contacted Carrefour and Tones who indicated that Ashford Finance and Hasan would be contacting Quastar "to rectify certain things" and would assure Quastar that there were no issues in funding the Letter of Credit.

22.

Shortly after the contact with Carrefour as detailed in paragraph 21, Ashford Finance and Defendant Hasan contacted Quastar on several occasions beginning in October 2009 and assured Quastar that funding for the Letter of Credit was in place and there were no issues relating to the Letter of Credit and that Ashford

Finance had done several other successful deals with Carrefour and Corporate Funding.

23.

On October 28, 2009, Defendant Amin Haq, who represented Ganges, contacted Quastar and reiterated that once Carrefour received the computer equipment Ganges, as the export of agent for Ashford Finance, would take responsibility to assure that the shipping compliance certificate would be sent by Ashford Finance to Quastar.

24.

On October 31, 2009, based on the Letter of Credit and the assurances of Carrefour, Tones, Ashford Finance, Hasan, Corporate Funding, Haq and Ganges, Quastar shipped the computer equipment totaling $215,978 to Carrefour. (See invoice attached as Exhibit "B").

25.

After shipment of the computer equipment, Quastar supplied Ashford Finance and Ganges with a bill of lading and proof of delivery showing that the computer equipment had been indeed delivered to Carrefour. However, both Ashford Finance and Ganges failed to supply the Shipping Compliance Certificate despite receiving the requisite documentation.

- 8 -

26.

After repeated attempts to contact Ganges, Defendant Khemaney stated on November 18, 2009 that "[a]fter much investigation, [i]t seems to me that there is certainly some misrepresentation made to you by a certain Amin Haq." Defendant Khemaney then stated that Ganges did not know who Amin Haq was.

27.

In addition, Quastar made repeated attempts to contact Ashford Finance concerning the Shipping Compliance Certificate, including written correspondences in December 2009.

28.

On December 11, 2009, First American Bank confirmed that Quastar had not supplied the Shipping Compliance Certificate and instructed Quastar to "contact Ashford Finance LLC directly to determine what conditions must be satisified for issuance of the document". Furthermore, First American Bank identified that it refused to honor the Letter of Credit because, *inter alia*, the shipping compliance certificate was not presented and because Ganges was the applicant of the Letter of Credit rather than Carrefour. The other discrepancies listed by First American Bank were discrepancies that were either minor and administrative or incapable of resolution due to the fraudulent actions of the Defendants.

29.

Finally, on December 14, 2009, five days after the expiration of the Letter of Credit, counsel for Ashford Finance and Defendant Hasan communicated to Quastar that Quastar should not have shipped the goods because "Ashford Finance instructed Quastar not to ship the goods since there were questions about the transaction." Furthermore, Ashford Finance believed that "illegal and fraudulent actions may have occurred".

30.

In fact, Ashford Finance never instructed Quastar to not ship the computer equipment to Carrefour.

31.

When Quastar confronted Ashford Finance and Ganges about their prior representations on the Shipping Compliance Certificate as being a shipping compliance certificate that would be provided upon evidence the goods being received by Carrefour, Ashford Finance and Ganges wrongfully denied their earlier representations to Quastar. Instead, Ashford Finance and Ganges fraudulently contended the Shipping Compliance Certificate was meant as a financing condition that was under the complete discretion of Ashford Finance to grant.

32.

At no time before Quastar shipped the computer equipment to Carrefour did

defendants Ashford Finance, Ganges, Carrefour, Tones, Hasan or Haq indicate that

the Shipping Compliance Certificate was a financing condition under the complete

discretion of Ashford Finance. Indeed, Quastar would have never shipped the

computer equipment to Carrefour if the Defendants had communicated to Quastar

that the Letter of Credit was conditioned up the complete discretion of Ashford

Finance to produce a shipping compliance certificate that was based on financing.

33.

Ashford Finance and Ganges continued to refuse to provide the Shipping

Compliance Certificate even though they had conclusive evidence of the shipment

to Carrefour and thus fraudulently causing the expiration of the Letter of Credit on

December 9, 2010 without payment to Quastar. Quastar has not been paid for the

computer equipment nor has any computer equipment been returned to Quastar.

34.

In December 2010, Quastar became aware of Dependable Component

Supply, Inc. v. Carrefour Informatique Tremblant, Inc., LC.Com, Ltd d/b/a

Corporate Funding Partners, Ashford Finance LLC, and First American Bank of

Illinois that was filed on July 12, 2010 in the Circuit Court of Broward County in

Florida and subsequently removed to the United States District Court in the

Southern District of Florida, Ft. Lauderdale Division (Case Number 10-61519-Civ-COOKE/BANDSTRA) (hereinafter "Dependable Case"; complaint attached hereto as Exhibit "C").

35.

In the Dependable Case, the plaintiff has alleged virtually the same set of operative facts that Quastar alleges herein, namely that Ashford Finance and the defendants in that case misrepresented to the plaintiff that it would receive the necessary Shipping Compliance Certificate once the plaintiff in the Dependable Case had provided evidence of shipment to Ashford Finance. Instead, according to the complaint, after the shipment of the computer equipment based on those misrepresentations, Ashford Finance and the defendants fraudulently contended that the aforementioned condition in the letter of credit in Dependable was a financing condition to be unilaterally decided by Ashford Finance.

36.

The bank that issued the letter of credit in the Dependable Case was also First American Bank of Illinois, and the First American banking officer "orchestrating" the letter of credit in the Dependable Case was Ms. Patti Marshall, Senior Vice President, who was also the First American banking officer involved in the Letter of Credit in the instant case.

- 12 -

37.

The facts at issue in the Dependable case occurred between May and August of 2009. In the Dependable Case, the plaintiff alleges that the defendants collaborated together to induce the plaintiff to rely on the letter of credit to ship computer parts to Carrefour, never intending for the letter of credit to be paid, knowing it would be dishonored and causing the dishonor.  The Dependable Case plaintiff has sued Ashford Finance and the other defendants for wrongful dishonor of letter of credit, fraud and goods sold.

### Fraud Against All Defendants

38.

Quastar incorporates by reference the allegations set forth in Paragraphs 1-37 as if fully set forth *verbatim*, herein.

39.

The Defendants enticed Quastar to ship $215,978 worth of computer equipment through fraudulent misrepresentations concerning the Letter of Credit and the conditions that was cause the funding of the Letter of Credit to Quastar.

40.

The Defendants fraudulently inserted Ganges as a third party into the transaction, using misrepresentations about the funding conditions of the Letter of Credit.

41.

The Defendants collaborated together to induce Quastar to rely on the Letter of Credit to ship computer equipment to Carrefour, never intending for the Letter of Credit to be paid, knowing it would be dishonored and causing the dishonor. Furthermore, Quastar would have never shipped the computer equipment to Carrefour unless it would have received the funds through the Letter of Credit.

42.

Defendants have committed fraud on Quastar and is liable to it for money damages.

**Georgia RICO Against All Defendants**

43.

Quastar incorporates by reference the allegations set forth in Paragraphs 1-37 as if fully set forth *verbatim*, herein.

- 14 -

44.

On at least two separate occasions, as presented in the instant case and in the Dependable Case, Defendants have conspired in an enterprise and conducted a pattern of racketeering activity to obtain the property of others through deceitful means and artful practice with the intention of depriving those parties of such property in violation of O.C.G.A. § 16-8-3, and other criminal statutes.

45.

Defendants have engaged in an enterprise to acquire personal property (money) through a pattern and practice of racketeering activity in violation of O.C.G.A. § 16-14-4.

45.

Quastar has been injured as a result of Defendant's actions and is entitled to recover money damages from him pursuant to O.C.G.A. § 16-14-6(c).

## Unjust Enrichment Against Defendants Ashford Finance, Carrefour,

## Corporate Funding and Ganges

### 46.

Quastar incorporates by reference the allegations set forth in Paragraphs 1-37 as if fully set forth *verbatim*, herein.

### 47.

Defendants Ashford Finance, Carrefour, Corporate Funding and Ganges falsely procured the computer equipment and/or monetary benefits from Quastar and the transaction without paying Quastar for such computer equipment or returning said equipment.

### 48.

Defendants Ashford Finance, Carrefour, Corporate Funding and Ganges have been unjustly enriched.

## Breach of Contract the Sale of Goods Against Defendants Carrefour

## Corporate Funding and Ganges

### 49.

Quastar incorporates by reference the allegations set forth in Paragraphs 1-37 as if fully set forth *verbatim*, herein.

### 50.

Quastar and the Defendants Carrefour, Corporate Funding and Ganges entered into a contract for the sale of goods. In conformity therewith, Quastar shipped computer equipment to Carrefour and Corporate Funding Partners.

### 51.

The Letter of Credit that listed Quastar as beneficiary was dishonored and Quastar was not paid for the equipment nor was the equipment returned to Quastar. As a result, Carrefour, Corporate Funding and Ganges are liable for the agreed upon price of the computer equipment.

## Punitive Damages

### 52.

Quastar incorporates by reference the allegations set forth in Paragraphs 1-37 as if fully set forth *verbatim*, herein.

### 53.

The actions of the Defendants, as set forth above, show willful misconduct, wantonness and that entire want of care which raises the presumption of a conscious indifference to the consequences of his actions.   Accordingly, Quastar seeks punitive damages pursuant to O.C.G.A. § 51-12-5.1.

## Treble Damages, Attorney's Fees and Expenses of Litigation

### 54.

Quastar incorporates by reference the allegations set forth in Paragraphs 1-37 as if fully set forth *verbatim*, herein.

### 55.

The actions of the Defendants, as set forth above, show a violation of O.C.G.A. § 16-14-1, *et seq.*, the "Georgia RICO Act."   Accordingly, Quastar seeks recovery of three times its actual damages, its attorney's fees, *and* costs of investigation and litigation pursuant to O.C.G.A. § 16-14-6(c).

**WHEREFORE**, Plaintiff demands:

A.    That Civil Process issue as provided by law;

B.    That it be awarded compensatory damages as provided by law;

C.    That it be awarded expenses of litigation, attorney's fees, treble damages, *and* punitive damages as provided by law;

D.    That it have such other additional relief as the Court may consider equitable and/or appropriate given the circumstances of this case.

Respectfully Submitted, this __11ᵇ__ day of __April__, 2011.


_____

B. Greg Cline
Georgia State Bar No. 170410
Attorney for Plaintiff

B. Greg Cline
Georgia Business Law Group
2 Ravinia Drive, Suite 650
Atlanta, GA  30346
(770) 670-6203

- 19 -

Case 1:1cv-01379-UNA Document 1-1 Filed 08/23/11 Page 20 of 55

EXAMINATION WILL BE FORWARDED TO THE ISSUING BANK VIA OUR
COURIER SERVICE, UNLESS WE ARE INSTRUCTED BY THE BENEFICIARY/PRESENT FORWARDER
TO THE CONTRARY. COURIER EXPENSES WILL BE DEDUCTED AT THE TIME OF PAYMENT.

WHEN PRESENTING DOCUMENTS, PLEASE INDICATE ON YOUR COVER LETTER OUR
REFERENCE NUMBER, ISSUING BANK'S CREDIT NUMBER AND THE METHOD OF
PAYMENT FROM THE CHOICES LISTED BELOW:
1. WIRE TRANSFER (ABA NO. OF RECEIVING BANK AND ACCOUNT NUMBER)
2. CREDIT TO ACCOUNT WITH WACHOVIA BANK, NATIONAL ASSOCIATION.
NOTE: A PROCESSING FEE WILL BE DEDUCTED FROM THE PROCEEDS FOR
OPTION (1) ABOVE.

********************* IMPORTANT NOTE TO THE BENEFICIARY *********************
IN ORDER TO AVOID A DELAY IN PAYMENT IT IS IMPORTANT TO PROVIDE US YOUR
COMPLETE PAYMENT INSTRUCTIONS AT TIME OF DOCUMENT PRESENTATION.
PLEASE ALSO INCLUDE A CONTACT NAME, PHONE NUMBER, AND EMAIL ADDRESS TO ASSIST
US IN EXPEDITING THE NOTIFICATION OF DOCUMENT EXAMINATION RESULTS.

PLEASE NOTE THAT PAYMENT WILL BE EFFECTED ONLY UPON RECEIPT OF FUNDS
FROM THE REIMBURSING/ISSUING BANK. REIMBURSING BANK'S CHARGES, IF ANY,
WILL BE DEDUCTED FROM PROCEEDS.

FOR YOUR CONVENIENCE DOCUMENTS MAY BE PRESENTED FOR NEGOTIATION AT ANY OF OUR
U.S. PROCESSING LOCATIONS AS LISTED BELOW:

        WACHOVIA BANK, N.A.
        INTERNATIONAL TRADE OPERATIONS
        1525 WEST WT HARRIS BOULEVARD - NC0146
        CHARLOTTE, NC 28262-8522, USA


        WACHOVIA BANK, N.A.
        LOS ANGELES TRADE OPERATIONS
        355 SOUTH GRAND AVENUE, SUITE 1200
        LOS ANGELES, CA 90071
        ATTN:  INT'L EXPORT OR CREDIT DEPT.


EXCEPT AS OTHERWISE EXPRESSLY STATED HEREIN, THIS LETTER OF CREDIT IS
SUBJECT TO THE "UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS (2007
REVISION), INTERNATIONAL CHAMBER OF COMMERCE PUBLICATION NO. 600".

**********************************************************************
U.S. GOVERNMENT REGULATIONS REGARDING FOREIGN ASSET CONTROL REGULATIONS AND
IMPORT DENIAL ORDERS:

UNDER THE CURRENT ASSETS CONTROL REGULATIONS, PERSONS SUBJECT TO THE
JURISDICTION OF THE UNITED STATES ARE PROHIBITED FROM ENGAGING DIRECTLY OR
INDIRECTLY WITH ANY NATIONALS OF SPECIALLY DESIGNATED NATIONALS WHICH CAN BE
FOUND IN THE FOLLOWING WEB-SITE:

                    WACHOVIA

THE ORIGINAL LETTER OF CREDIT IS BEING HELD AT OUR COUNTERS
PENDING PRESENTATION OF DOCUMENTS FOR EXAMINATION. HOWEVER,
THE ORIGINAL LETTER OF CREDIT MAY BE RELEASED TO YOU UPON
PAYMENT OF $150.00 ADVISING AND $50.00
COURIER FEE KINDLY SEND US YOUR CHECK OR REMIT VIA
FEDWIRE TRANSFER TO ABA 026005092 OR CHIPS 0509
WACHOVIA LETTER OF CREDIT DEPARTMENT QUOTING
OUR REFERENCE NUMBER.

PLEASE CONTACT ONE OF OUR CUSTOMER CARE UNITS REGARDING ANY INQUIRIES TO
THIS LETTER OF CREDIT AS FOLLOWS:

CHARLOTTE CUSTOMER CARE:          1-800-776-3862
LOS ANGELES CUSTOMER CARE:        1-866-798-6397

THIS IS A COMPUTER GENERATED ADVICE. NO BANK SIGNATURE IS REQUIRED.

FOR BANK USE ONLY:
N: SGN1400824738
O: EE
C:
F:
FC:

SIGNATURE

NBRaxxxx

WACHOVIA

```
Swift Output   :   700 ISSUE OF A DOCUMENTARY CREDIT
Sender         :   FMBSUS3XXXX
                   FIRST AMERICAN BANK
                   1650 LOUIS AVENUE
                   ELK GROVE VILLAGE, IL, UNITED STATES US

Receiver       :   PNBPUS3XXXX
                   WACHOVIA BANK, NA
                   (FORMER)
                   101 N. INDEPENDENCE MALL EAST
                   PHILADELPHIA, PA, UNITED STATES
```

□ COPY

```
                        Message Text

27 :  Sequence of Total
      1/1
40A:  Form of Documentary Credit
      IRREVOCABLE
20 :  Documentary Credit Number
      M30400/LI1259
31C:  Date of Issue
      090518
40E:  Applicable Rules
      UCP LATEST VERSION
31D:  Date and Place of Expiry
      090630 ISSUING BANK'S COUNTERS
50 :  Applicant
      FINE ARTS CORP USA
      21 FRONT STREET, STE 200
      NEW YORK, NY 10001
59 :  Beneficiary
      DIAMOND PRODUCTS INTERNATIONAL
      123 JOZORONE DRIVE, STE 250
      HOUSTON, TX 10093
32B:  Currency, Code, Amount
      USD100,000.00
41D:  Available With... By... (BIC)
      ADVISING
      FIRST AMERICAN BANK
      1650 LOUIS AVENUE
      ELK GROVE VILLAGE, IL, UNITED STATES
      BY PAYMENT
42C:  Drafts At...
      SIGHT
42D:  Drawee
      FMBSUS3X
      FIRST AMERICAN BANK
      1650 LOUIS AVENUE
      ELK GROVE VILLAGE, IL, UNITED STATES
43P:  Partial Shipments
      ALLOWED
43T:  Transhipment
```

WACHOVIA

44C: Latest Date of Shipment
091124

45A: Description of Goods and/or Services
560 PCS INTEL E64D0 CPU CORE2DUO AT USD176.40, TOTAL USD 98,784.0
0

560 PCS WESTERN DIGITAL 500GB HD, 7200 RPM, 16MB CACHE SATA
20 PER THE BOX
AT USD10.00, TOTAL USD20,296.00, 560 PCS KINGSTON 4GB MEMORY
KIT AT USD 99.40,
TOTAL USD37,064.00, 280 PCS ACER 19" MONITER AT USD101.75,
TOTAL USD28,090.00

AS PER YOUR ORDER NO 502819 DATED 09.11.2009.
CIF POINT CANTERANTY, QC, CANADA (CANADIAN SHIPMENT), ALLOWED

46A: Documents Required
...

47A: Additional Conditions
...

WACHOVIA

DEDUCTED FROM THE
PROCEEDS AT THE TIME OF PAYMENT.
7. REMITTING BANK'S COVER LETTER MUST INDICATE WHICH AMENDMENTS,
IF ANY, HAVE
BEEN ACCEPTED BY THE BENEFICIARY.

72 : Confirmation Instructions
WITHOUT

78 : Instructions to the Paying/Accepting/Neg
REMITTING BANK TO FORWARD DOCUMENTS IN ONE MAILING TO FIRST
UNION NATIONAL BANK

UPON RECEIPT OF COMPLYING DOCUMENTS AT OUR COUNTERS.

WACHOVIA

THE ORIGINAL LETTER OF CREDIT IS BEING HELD AT OUR COUNTERS PENDING DETERMINATION OF DOCUMENTS FOR EXAMINATION. HOWEVER, THE ORIGINAL LETTER OF CREDIT CAN BE RELEASED TO YOU UPON RECEIPT OF $130.00 AMENDING FEE $50.00 COURIER FEE. KINDLY SEND US YOUR CHECK OR REMIT VIA FEDWIRE TRANSFER TO ABA 053000392 OR CHIPS 0509 ATTENTION: TRADE LETTER OF CREDIT DEPARTMENT QUOTING OUR REFERENCE NUMBER.

PLEASE CONTACT ONE OF OUR CUSTOMER CARE UNITS REGARDING ANY INQUIRIES TO THIS LETTER OF CREDIT AS FOLLOWS:

CHARLOTTE CUSTOMER CARE:        1-800-776-3862
LOS ANGELES CUSTOMER CARE:      1-866-789-5297

THIS IS A COMPUTER GENERATED NOTICE. NO BANK SIGNATURE IS REQUIRED.

FOR BANK USE ONLY:
U:  53NL4053AL730
O:  MS
C:
S:
SI:

ENCLOSURE

X655314

WACHOVIA

# Exhibit "B"

**INVOICE**

A1 302849
DATE:  10/30/2009

**Quastar Computer International**
1725 Corporate Dr. Suite 350
Norcross, GA. 30093
(770)564-0600     www.quastar.com

TIME:  12:45:53

PAGE:        1

BILL TO       6501
    CARREFOUR INFORMATIQUE TREMBLANT
    460 MONTEE KAVANAUGH

SHIP TO
    CARREFOUR INFORMATIQUE TREMBLANT
    460 MONTEE KAVANAUGH

| | | | | | |
|---|---|---|---|---|---|
| MONT-TREMBLANT | QC J8E -2P2 | | MONT-TREMBLANT | QC J8E -2P2 | |
| VIA | F.O.B | TERMS | P.O. # | SALES PERSON | |
| TRUCK INT'L | ATLANTA | PREPAID | 90819 | 239 | |

| INVENTORY# | DESCRIPTION | ORDERED | SHIPPED | PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|---|
| | ************************* PAYMENT TO BE SETTLED BY LETTER OF CREDIT NUMBER: RIMP/09/101959 ISSUED BY FIRST AMERICAN BANK, 1660 LOUIS AVENUE ELK GROVE, IL, UNITED STATES - FAMBUS44 ************************* | | | | | |
| CPUP4E8400B | INTEL E8400 3.0GHz FSB1333 C2D 775 6M BOX SERIAL NUMBER FOR ALL UNITS: BX80570E8400 | 560.00 | 560.00 | 176.40 | EA | 98784.00 |
| HD500KS-W | WD 500GB SATA 3 16MB CACHE KS/AAKS SERIAL NUMBERS LISTED ON ATTACHED DOCUMENT UNDER WD5000AAKS | 560.00 | 560.00 | 54.10 | EA | 30296.00 |
| RM40N5800-K | KINGSTON 4GB (2x2GB) DDR2 800 240PIN DUAL CHANNEL KITS SERIAL NUMBER FOR ALL UNITS: KVR800D2N5K2/4 G | 560.00 | 560.00 | 88.73 | EA | 49688.80 |
| MT193WBB-A | ACER 19" MONITOR BLACK WIDE SCREEN W/O SPEAKERS SERIAL NUMBERS LISTED ON ATTACHED DOCUMENT UNDER ACRV193WBB | 280.00 | 280.00 | 132.89 | EA | 37209.20 |

INVOICE

A1 302849
DATE:  10/30/2009

TIME:  12:45:55

**Quastar Computer International**
1725 Corporate Dr. Suite 350
Norcross, GA. 30093
(770)564-0600    www.quastar.com

PAGE:      2

BILL TO        6501
   CARREFOUR INFORMATIQUE TREMBLANT
   460 MONTEE KAVANAUGH

SHIP TO
   CARREFOUR INFORMATIQUE TREMBLANT
   460 MONTEE KAVANAUGH

   MONT-TREMBLANT    QC J8E  -2P2
VIA        F.O.B        TERMS
TRUCK INT'L    ATLANTA      PREPAID

   MONT-TREMBLANT    QC J8E  -2P2
P.O. #        SALES PERSON
90819        239

| INVENTORY# | DESCRIPTION | ORDERED | SHIPPED | PRICE U/M | AMOUNT |
|---|---|---|---|---|---|
| | FREIGHT TO BE PAID BY CUSTOMER | | | | |

ALL CLAIMS MUST BE MADE IN 48 HRS OF RECE
IPT. NO CREDIT RETURNS AFTER 15 DAYS. SEE RMA POLI
CY. 1.5% MONTHLY ON PAST DUE & $20 FOR NSF.

NET AMOUNT: 215978.00
MISC CHARGE:      0.00
TAX:      0.00
FREIGHT:      0.00
TOTAL: 215978.00
PAID:      0.00
BALANCE DUE: 215978.00

## SERIAL NUMBERS FOR MODEL ACRV193WBB - 280 ITEMS

| | | | |
|---|---|---|---|
| 2504157240 | 92509275340 | 92509281840 | ETLBP0C0909250A4CC4088 |
| 2509278940 | 92509275440 | 92509282040 | ETLBP0C0909250A4CE4088 |
| 2509280540 | 92509275540 | 92509282140 | ETLBP0C0909250A4CF4088 |
| 2509281240 | 92509275640 | 92509282240 | ETLBP0C0909250A4D24088 |
| 2509281740 | 92509275740 | 92509282340 | ETLBP0C0909250A4D34088 |
| 2509309140 | 92509275840 | 92509282440 | ETLBP0C0909250A4D84088 |
| 884483643226 | 92509275940 | 92509282640 | ETLBP0C0909250A4D94088 |
| 92504150940 | 92509276040 | 92509283140 | ETLBP0C0909250A4DB4088 |
| 92504152140 | 92509276140 | 92509285340 | ETLBP0C0909250A4DC4088 |
| 92504153540 | 92509276240 | 92509285540 | ETLBP0C0909250A4E04088 |
| 92504153940 | 92509276340 | 92509286540 | ETLBP0C0909250A4E14088 |
| 92504155040 | 92509276440 | 92509308340 | ETLBP0C0909250A4E44088 |
| 92504155140 | 92509276540 | 92509309440 | ETLBP0C0909250A4E74088 |
| 92504155340 | 92509276640 | 92509309540 | ETLBP0C0909250A4EB4088 |
| 92504155640 | 92509276740 | 92509309640 | ETLBP0C0909250A4EE4088 |
| 92504156340 | 92509276840 | 92509310540 | ETLBP0C0909250A4F04088 |
| 92504156740 | 92509276940 | 92509310740 | ETLBP0C0909250A4F14088 |
| 92504156940 | 92509277040 | 92509310940 | ETLBP0C0909250A4F34088 |
| 92504157640 | 92509277140 | ETLBP0C0909250A2254088 | ETLBP0C0909250A4F54088 |
| 92504158340 | 92509277340 | ETLBP0C0909250A22F4088 | ETLBP0C0909250A4F84088 |
| 92504158740 | 92509277440 | ETLBP0C0909250A2314088 | ETLBP0C0909250A4F94088 |
| 92504158840 | 92509277540 | ETLBP0C0909250A2344088 | ETLBP0C0909250A5014088 |
| 92504159140 | 92509277640 | ETLBP0C0909250A2374088 | ETLBP0C0909250A5134088 |
| 92504159340 | 92509277740 | ETLBP0C0909250A23D4088 | ETLBP0C090925129F84088 |
| 92504215540 | 92509277840 | ETLBP0C0909250A23F4088 | ETLBP0C090925129F94088 |
| 92504216640 | 92509277940 | ETLBP0C0909250A2404088 | ETLBP0C090925129FB4088 |
| 92504217440 | 92509278040 | ETLBP0C0909250A2434088 | ETLBP0C090925129FC4088 |
| 92504217740 | 92509278140 | ETLBP0C0909250A24D4088 | ETLBP0C090925129FD4088 |
| 92504218640 | 92509278240 | ETLBP0C0909250A24F4088 | ETLBP0C09092512A004088 |
| 92504219040 | 92509278340 | ETLBP0C0909250A2504088 | ETLBP0C09092512A054088 |
| 92504219440 | 92509278540 | ETLBP0C0909250A2534088 | ETLBP0C09092512A0C4088 |
| 92504220040 | 92509278640 | ETLBP0C0909250A25A4088 | ETLBP0C09092516A3B4088 |
| 92504220340 | 92509278740 | ETLBP0C0909250A25F4088 | ETLBP0C09092516A3D4088 |
| 92504220840 | 92509278840 | ETLBP0C0909250A2604088 | ETLBP0C09092516A3F4088 |
| 92504221240 | 92509279040 | ETLBP0C0909250A2644088 | ETLBP0C09092516A414088 |
| 92504221940 | 92509279140 | ETLBP0C0909250A2664088 | ETLBP0C09092516A434088 |
| 92504222440 | 92509279240 | ETLBP0C0909250A26F4088 | ETLBP0C09092516A444088 |
| 92504223240 | 92509279340 | ETLBP0C0909250A2704088 | ETLBP0C09092516A464088 |
| 92504224140 | 92509279540 | ETLBP0C0909250A2744088 | ETLBP0C09092516A4A4088 |
| 92509273140 | 92509279640 | ETLBP0C0909250A2754088 | ETLBP0C09092516A4B4088 |
| 92509273340 | 92509279740 | ETLBP0C0909250A2794088 | ETLBP0C09092516A4C4088 |
| 92509273540 | 92509280340 | ETLBP0C0909250A27A4088 | ETLBP0C09092516A4D4088 |
| 92509273740 | 92509280640 | ETLBP0C0909250A2804088 | ETLBP0C09092516A4F4088 |
| 92509273940 | 92509280740 | ETLBP0C0909250A2844088 | ETLBP0C09092516A504088 |
| 92509274040 | 92509280840 | ETLBP0C0909250A4AB4088 | ETLBP0C09092516A514088 |
| 92509274240 | 92509280940 | ETLBP0C0909250A4AE4088 | ETLBP0C09092516A524088 |
| 92509274440 | 92509281040 | ETLBP0C0909250A4B64088 | ETLBP0C09092516A534088 |
| 92509274640 | 92509281140 | ETLBP0C0909250A4B74088 | ETLBP0C09092516A544088 |
| 92509274740 | 92509281340 | ETLBP0C0909250A4BE4088 | ETLBP0C09092516A554088 |
| 92509274840 | 92509281440 | ETLBP0C0909250A4BF4088 | ETLBP0C09092516A564088 |
| 92509274940 | 92509281540 | ETLBP0C0909250A4C14088 | ETLBP0C09092516A574088 |
| 92509275140 | 92509281640 | ETLBP0C0909250A4C64088 | ETLBP0C09092516A584088 |
| 92509275240 | 92509281740 | ETLBP0C0909250A4CA4088 | ETLBP0C09092516A594088 |

# Exhibit "C"

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

DEPENDABLE COMPONENT SUPPLY, INC.

Plaintiff,                                    CASE NO: 10-028370 (04)

v.

CARREFOUR INFORMATIQUE TREMBLANT, INC.;
LC.COM, LTD, d/b/a CORPORATE FUNDING PARTNERS;
ASHFORD FINANCE, LLC;
FIRST AMERICAN BANK OF ILLINOIS

Defendants.

_____/

SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this
action on defendant

First American Bank
Pattie Marshall, Senior VP or
Tom Wells, Chairman of the Board
1650 Louis Avenue
Elk Grove Village, IL  6000007-2350

Each defendant is required to serve written defenses to the complaint or petition on John
Mullin, Esquire, plaintiff's attorney, whose address is Tripp, Scott, P.A., 110 SE 6 Street, 15th
Floor, Fort Lauderdale, Florida 33302, within 20 days after service of this summons on that
defendant, exclusive of the day of service, and to file the original of the defenses with the clerk
of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant
fails to do so, a default will be entered against that defendant for the relief demanded in the
complaint or petition.

AUG 04 2010

Howard C. Forman
As Clerk of the Court

By_____          DAVID LEWIS

As Deputy Clerk

IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT OF 1990 (ADA),
DISABLED PERSONS WHO, BECAUSE OF THEIR DISABILITIES, NEED SPECIAL
ACCOMODATION TO PARTICATE IN THIS PROCEEDING SHOULD CONTACT THE
ADA COORDINATOR AT 201. SE 6TH STREET, ROOM 136, FT. LAUDERDALE, FL

"A"

33301, OR TELEPHONE VOICE/TDD 954/357-6364 NOT LATER THAN FIVE BUSINESS
DAYS PRIOR TO SUCH PROCEEDING.

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta noeificacion, para
contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera.
Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero
del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y
podria ser despejado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.
Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un
abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea
responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted
enviar por correo a entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Petitioner's
Attorney" (Demandante o Abogado del Demandante).

### IMPORTANT

Das poursuites judiciaires ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de
l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple
coup de telephone est insufficient pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec
mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal
entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause
ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du
tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous
ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance
juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette
formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Petitioner's Attorney" (Plaignant
ou a son avocat) nommes ci-desso

555408v1 301607.0002                                           2

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

DEPENDABLE COMPONENT SUPPLY, INC.

Plaintiff,

v.                                                     CASE NO: 10 28370

CARREFOUR INFORMATIQUE TREMBLANT, INC.;
LC.COM, LTD, d/b/a CORPORATE FUNDING PARTNERS;
ASHFORD FINANCE, LLC;
FIRST AMERICAN BANK OF ILLINOIS

Defendants.

A TRUE COPY 04

JUL 12 2010

HOWARD C. FORMAN
CLERK OF CIRCUIT COURT
BROWARD COUNTY, FL.

## COMPLAINT

Plaintiff, Dependable Component Supply, Inc. by and through the undersigned counsel, hereby

sues Carrefour Informatique Tremblant, Inc.; Corporate Funding Partners; Ashford Finance, LLC; and

First American Bank of Illinois, and in support thereof states the following:

## JURISDICTION AND VENUE

1.    This is an action for damages in excess of $15,000.00.

2.    Dependable Component Supply ("Dependable") is a Florida corporation with its principal

place of business in Florida.

3.    Upon information and belief, Carrefour Informatique Tremblant, Inc. ("Carrefour") is a

foreign corporation with its principal place of business in Mont-Tremblant, Quebec, Canada, which

conducts substantial and not isolated business throughout the United States including Florida.

4.    Upon information and belief, LC.Com, LTD, d/b/a Corporate Funding Partners

("Corporate Funding Partners") is a New York Corporation, with its principal place of business in New

York, which conducts substantial and not isolated business throughout the United States including

Florida.

5.    Upon information and belief, Ashford Finance, LLC ("Ashford") is a New York

corporation with its principal place of business in New York, which conducts substantial and not isolated

business throughout the United States, including Florida.

6.      Upon information and belief, First American Bank of Illinois ("First American") is an Illinois corporation with its principal place of business in Illinois, which conducts substantial and not isolated business throughout the United States, including Florida.

7.      This Court has personal jurisdiction over all defendants as a result of their substantial and not isolated business activity within the state of Florida; the infliction of tortious activity within the state of Florida, or which had an effect within the state of Florida; and the collaboration between the defendants in the issuance of a letter of credit to Dependable, and wrongful dishonoring of the same.

8.      Venue is proper, as the conduct giving rise to Dependable's damages occurred within Broward County, or its effects of the conduct occurred within Broward County.

## GENERAL ALLEGATIONS

9.      Plaintiff is a corporation that specializes in the distribution and sale of component parts, including high tech computer parts, semi-conductors, etc.

10.     Carrefour purportedly works in concert with United States companies in order to import high value computers, computer parts, and computer hardware ("parts").

11.     Upon information and belief, Carrefour works in concert with Corporate Funding Partners, Ashford Finance, and First American Bank, in order to induce United States companies to seek letters of credit, and induce those companies to ship goods in reliance of those letters of credit.

12.     Upon information and belief, Carrefour, in combination with the remaining defendants, induced Dependable to seek the letter of credit; the purpose of doing so was to induce Dependable to accept the letter of credit in exchange for a purchase by Carrefour of parts from Dependable. A letter of credit was issued, listing Dependable as a beneficiary on or about May 22, 2009. This letter of credit is attached hereto as Exhibit "A."

13.     Upon information and belief, First American Bank of Illinois issued the letter of credit on behalf of Corporate Funding Partners, Ashford Finance, and First American Bank.   The person orchestrating the letter of credit opening within First American Bank was Patti Marshall, Senior Vice President.

14. The letter of credit provides that goods will be sent to Corporate Funding Partners at the address of Carrefour.

15. Dependable, after being issued a letter of credit listing them as a beneficiary, relied on the letter of credit and shipped goods to the consignee, Corporate Funding Partners. The goods were signed for by Mike Tones, who upon information and belief, works for both Corporate Funding Partners and Carrefour. After the goods were signed for, Dependable requested a Shipping Compliance Certificate to complete the letter of credit, and receive payment.

16. Upon requesting the Shipping Compliance Certificate, Patti Marshall of First American Bank refused payment, stating that "prior to effecting any shipments you were to have contacted from Ashford Finance LLC . . . to initiate the creation of this shipping document. As the finance company representing the applicant in this transaction, once they were satisfied that all the financing arrangement were in place for this l/o, they would hae [sic] issued this document and presented it to FAB for our signature and release to you, the beneficiary . . . [a]s this document was not issued by Ashford nor presented to FAB for our signature prior to your shipping, the documents you presented were discrepant. This is a discrepancy that FAB does not waive." See email attached hereto as Exhibit "B".

17. The Defendants, despite collaborating together to induce Dependable to rely on the letter of credit as payment for the parts it shipped, never intended for the letter of credit to be paid. The Defendants knew that the letter of credit would be dishonored; as a result, they made material misrepresentations of fact to Dependable, and intended that Dependable rely to their detriment.

18. Namely, the Defendants relied on boilerplate within the letter of credit which reads: "Original Shipping Compliance Certificate (SCC) signed and issued by an authorized officer of Ashford Finance, LLC, 152 Madison Ave. Suite 1003, New York, NY 10016, USA on their letterhead and countersigned by Trade Finance Division of First American Bank, 1650 Louis Avenue, Elk Grove Village, IL 60007, USA."

19. The Defendants represented to Dependable that upon shipment of the parts and acceptance of the same, all conditions precedent to redeeming the letter of credit would be satisfied. This

was a material misrepresentation; in contradiction to their representations to the Plaintiff regarding what would enable the letter of credit to be redeemed, the Defendants subsequently relied on the language within the letter of credit to the Plaintiff's detriment as an absolute bar to payment.

20.     Upon information and belief, Ashford, together with Corporate Funding Partners, never intended that the Shipping Compliance Certificate would be issued, as upon information and belief, those Defendants never obtained financing for the letter of credit.

## COUNT I-  WRONGFUL DISHONOR OF LETTER OF CREDIT

21.     Plaintiff realleges and reavers paragraphs 1- 20 above as if originally set forth herein.

22.     As set forth above, the Defendants acted in concert in inducing Dependable to accept a letter of credit that they stated would act as payment for shipment of parts by Dependable.

23.     Dependable, after being issued a letter of credit by, or on behalf of, all the Defendants, shipped parts to the Defendants as required.

24.     The Defendants, at all material times, represented to Defendant that all conditions precedent to redeeming the letter of credit would be satisfied upon shipment and receipt of the parts.  As such, any terms to the contrary in the letter of credit were waived or excised as the result of a modification.  Alternatively, the Defendants are estopped from asserting any conditions precedent, due to their manifestations to the Plaintiff that prompt shipment and receipt was satisfactory to redeem the letter of credit.

25.     All conditions precedent to redeeming the letter of credit have been performed.

26.     Because Dependable performed all steps necessary to redeeming the letter of credit, the refusal of the Defendants to pay Dependable according to its terms constitutes a wrongful dishonor of the letter of credit.

27.     As a result of this wrongful dishonor of the letter of credit, Dependable has suffered damages.

WHEREFORE, Dependable demands judgment in its favor for all amounts due and owing under the Letter of Credit, and for any statutory and attorney's fees it may be entitled to contractually, statutorily, or under the common law.

## COUNT II- FRAUD

28.     Plaintiff realleges and reavers paragraphs 1-20 above as if originally set forth herein.

29.     The Defendants made material misrepresentations of fact to Dependable by inducing it to accept a letter of credit in exchange for shipment of parts. The letter of credit was issued by, or on behalf of, all Defendants.

30.     Namely, the Defendants made statements which represented that upon shipment and receipt of the parts, all conditions precedent would be satisfied for redemption of the letter of credit. Upon information and belief, Defendants made these statements with the express knowledge that they would later rely on boilerplate contractual language to avoid redemption.

31.     The Defendants knew these statements to be false when made, and intended that Dependable rely on these representations in accepting the letter of credit. The Defendants at all material times never intended for Dependable to be able to redeem the letter of credit.

32.     Dependable justifiably relied upon the statements, by shipping the parts in a timely manner. This justifiable reliance was to Dependable's detriment, as it shipped parts which the Defendants did not intend to, and have not actually paid for.

33.     In essence, the letter of credit was issued solely for the purpose of inducing Dependable to ship the goods, and the Defendants never intended that the letter of credit could be redeemed by Dependable.

34.     As a result of the Defendant's conduct, the Plaintiff has suffered damages.

WHEREFORE, Dependable demands judgment in its favor for all amounts due and owing under the Letter of Credit, and for any statutory and attorney's fees it may be entitled to contractually, statutorily, or under the common law.

## COUNT III- GOODS SOLD-
### (CARREFOUR AND CORPORATE FUNDING PARTNERS)

35.    Plaintiff realleges paragraphs 1-20 as if originally set forth herein.

36.    This is an action for damages that exceed $15,000.

37.    Plaintiff and Defendants entered into a contract for the sale of goods.  In conformity therewith, the Plaintiff shipped parts to Carrefour and Corporate Funding Partners.  (See Exhibit "C").

38.    The letter of credit issued that listed Plaintiff as beneficiary was dishonored, and Plaintiff was not remunerated in any other fashion for the parts.  As a result, Carrefour and Corporate Funding are liable for the agreed upon price of the parts.

WHEREFORE, Dependable demands judgment against Carrefour and Corporate Funding Partners in its favor for all amounts due and owing under the contract for the sale of goods, together with all consequential and incidental damages it may be entitled to, and for any statutory and attorney's fees it may be entitled to contractually, statutorily, or under the common law.

### JURY TRIAL DEMAND

Plaintiff hereby demands trial by jury of all issues so triable, and reserves the right to seek punitive damages under Florida law by proffer pursuant to Fla. Stat. § 768.72 and all other applicable authorities.

Respectfully submitted this 12 day of July, 2010.

TRIPP SCOTT, P.A.
Attorneys for Defendants
110 SE 6 Street, 15th Floor
Fort Lauderdale, Florida  33301
Tel. 954-525-7500
Fax. 954-761-8475

By_____
John M. Mullin
FBN: 777323

552581v1 890000.9001                              6

Page 1 of 3



FIRST AMERICAN BANK

OK TO ISSUE
Name of Company
Client Signature

Request No: X-3348/ASHFORD

## Application for Import Letter of Credit

May 15, 2009

**DRAFT**

Please issue an irrevocable, transferable commercial letter of credit ... and forward same to your branch office
or correspondent bank for delivery to the beneficiary.

Expiry Date: July 13, 2009
Latest shipping date: June 28, 2009

Expiry Place: Negotiating Bank's Counters
Advise credit by: Cable
Applicant's Name and Address:
Carrefour Informatique Tremblant Inc
460 Montee Kavanagh
Mont Tremblant
Quebec, J8B 2P2
Canada

Beneficiary's Name and Address:
...dable ...mponent Supply
...port, Center Drive
...each, FL 33442, USA

Beneficiary's Bank and Address:
Bank of America
401 E Los Olas blvd,
Ft Lauderdale, FL 33301, USA
SWIFT: BOFAUS3NXXX

AMO... ...RMATION

Amount: ...USD 532.5...
Variance:
Maximum Credit Am...
Percentage of Invoice...
Additional Amount Spec.:

AVAILABLE WITH

Credit available with:      Any Bank
Available by:               Negotiation
Drafts at:                  Days Sight:
                            days: 60
Additional tenor
Information:
Drawee:                     First American Bank

https://www.firstamloc.com/FAB2-EB/ASHFORD-LIVE_TP.NSF/f3692ac9fc8f730e8825...   5/15/2009

Page 3 of 3

4. Documents to be presented within 15 days after the Truck Bill of Lading date, but within the validity of the L/C.

5. This letter of credit is transferable in whole or part, provided this original credit is presented to Bank of America, USA for endorsement of transfer, under advice to us and their transfer commission is paid. Transfers to designated foreign nationals and/or specially designated nationals are not permitted as being contrary to U.S. Treasury Department, Foreign Assets Control Regulations. The transferring bank must inform us if the first beneficiary retains their rights to substitute their draft and invoices with those of the second beneficiary.

6. All documents must be issued in the English language.

**Applicable Rules: UCP LATEST VERSION**

The documentary credit is subject to the version of the ICC Uniform Customs and Practice for Documentary Credits, International Chamber of Commerce, Paris, France, which is in effect on the da...



Your initials: h

h On Hold

OK TO ISSUE

Name of Company_____

Client Signature_____

DRAFT

US Treasury.

22/06/09-16:51:06                              LocalSwiftAcks-8957-000001                                    1

Notification (Transmission) of Original sent to SWIFT (AOK) ——— Instor/by Type and Transmission ———
Network Delivery Status : Network Ack
Priority/Delivery : Normal
Message Input Reference        : 1650 090632FAMBUS44AXXX5509018388
                                        ——————— Message Header ———————
Swift Input
Sender  : FAMBUS44XXX              : FIN 700 Issue of a Documentary Credit
          FIRST AMERICAN BANK
          ELK GROVE VILLAGE,IL US
Receiver : BOFAUS3NXXX
          BANK OF AMERICA, N.A.
          NEW YORK,NY US
MUR : EXPRESSTRADE

                                        ——————— Message Text ———————
27: Sequence of Total
    1/1
40A: Form of Documentary Credit
    IRREVOCABLE TRANSFERABLE
20: Documentary Credit Number
    RINP/09/101853
31C: Date of Issue
    090522
40E: Applicable Rules
    UCP LATEST VERSION
31D: Date and Place of Expiry
    090713NEGOTIATING BANK'S COUNTERS
50: Applicant
    CARREFOUR INFORMATIQUE TREMBLANT
    INC., 460 MONTEE KAVANAGH
    MONT TREMBLANT, QUEBEC J8E 2P2
    CANADA
59: Beneficiary - Name & Address
    DEPENDABLE COMPONENT SUPPLY
    1003 E. NEWPORT, CENTER DRIVE
    DEERFIELD BEACH, FL 33442, USA
32B: Currency Code, Amount
    Currency    : USD (US DOLLAR)
    Amount      : $552,584.00#
41D: Available With...By... - Name&Addr
    ANY BANK
    BY NEGOTIATION
42C: Drafts at...
    DAYS SIGHT:90
42A: Drawee - BIC
    FAMBUS44
    FIRST AMERICAN BANK
    ELK GROVE VILLAGE,IL US
43P: Partial Shipments
    ALLOWED
43T: Transhipment
    ALLOWED
44A: P/of Tking in Chrg / of Recpt
    DEERFIELD BEACH, FL, USA
44B: P/of Final Desti of Delivery
    MONT TREMBLANT, QUEBEC, CANADA
44C: Latest Date of Shipment
    090628
45A: Descripln of Goods &/or Services
    COMPUTER COMPONENT AND ACCESSORIES AS PER PROFORMA INVOICE
    NO. 138358 DATED MAY
    8, 2009.
    FOB DEERFIELD BEACH, FL, USA CONTAINER SHIPMENTS ALLOWED
46A: Documents Required
    1. SIGNED COMMERCIAL INVOICE ISSUED BY THE BENEFICIARY IN
    ONE ORIGINAL PLUS 3
    COPIES INDICATING LC NUMBER, NAME OF THE LC ISSUING BANK
    AND FULL DETAILS OF
    THE GOODS SHIPPED.
    2. PACKING LIST IN ONE ORIGINAL AND 3 COPIES.
    3. TRUCK BILLS OF LADING CONSIGNED TO CORPORATE FUNDING PARTNERS,

22/05/09-12:51:06         Local Swift Acks-8957-000001         2

460
MONTEE KAVANAGH, MONT TREMBLANT QUEBEO J8E 2P2, CANADA, MARKED
FREIGHT -
COLLECT AND INDICATING NOTIFY CARREFOUR INFORMATIQUE TREMBLANT
INC, 460
MONTEE KAVANAGH, MONT TREMBLANT, QUEBEO J8E 2P2, CANADA.
4. ORIGINAL SHIPPING COMPLIANCE CERTIFICATE SIGNED AND ISSUED
BY AN AUTHORIZED
OFFICER OF ASHFORD FINANCE LLC., 152 MADISON AVE. SUITE 1003,
NEW YORK, NY
10016, USA ON THEIR LETTERHEAD AND COUNTERSIGNED BY THE TRADE
FINANCE DIVISION
OF FIRST AMERICAN BANK, 1650 LOUIS AVENUE, ELK GROVE VILLAGE,
IL 60007, USA.
5. NEGOTIATING BANK TO PRESENT A COPY OF AN AUTHENTICATED
SWIFT MESSAGE FROM -
FIRST AMERICAN BANK, ELK GROVE VILLAGE, IL (SWIFT: FAMBUS44)
TO THE NEGOTIATING BANK,
VERIFYING THE AUTHENTICITY OF THEIR SIGNATURE ON THE ORIGINAL
SHIPPING
COMPLIANCE CERTIFICATE.
47A: Additional Conditions
1. DRAWINGS UNDER THIS CREDIT MUST BE FOR 100 PERCENT OF THE
INVOICE VALUE.
2. ALL BANK CHARGES OTHER THAN THOSE OF FIRST AMERICAN BANK'S
LETTER OF CREDIT
ISSUANCE CHARGES ARE FOR BENEFICIARY'S ACCOUNT AND WILL NOT
BE BORNE BY THE
ISSUING BANK AND SHOULD BE COLLECTED FROM THE BENEFICIARY
AT TIME SERVICE IS
RENDERED BY THE ADVISING/REMITTING BANK.
3. DISCREPANT DOCUMENTS WILL BE SUBJECT TO A DISCREPANCY HANDLING
FEE
WHICH WILL BE FOR BENEFICIARY'S ACCOUNT.
4. DOCUMENTS TO BE PRESENTED WITHIN 15 DAYS AFTER THE TRUCK
BILL OF LADING
DATE, BUT WITHIN THE VALIDITY OF THE L/C.
5. THIS LETTER OF CREDIT IS TRANSFERABLE IN WHOLE OR PART,
PROVIDED THIS
ORIGINAL CREDIT IS PRESENTED TO BANK OF AMERICA, USA FOR ENDORSEM
ENT OF
TRANSFER, UNDER ADVICE TO US AND THEIR TRANSFER COMMISSION
IS PAID. TRANSFERS
TO DESIGNATED FOREIGN NATIONALS AND/OR SPECIALLY DESIGNATED
NATIONALS ARE NOT PERMITTED AS BEING CONTRARY TO U.S. TREASURY
DEPARTMENT
FOREIGN ASSETS CONTROL REGULATIONS. THE TRANSFERRING BANK
MUST INFORM US
IF THE FIRST BENEFICIARY RETAINS THEIR RIGHTS TO SUBSTITUTE
THEIR
DRAFT AND INVOICES WITH THOSE OF THE SECOND BENEFICIARY.
6. ALL DOCUMENTS MUST BE ISSUED IN THE ENGLISH LANGUAGE.
7. REMITTING BANK/BENEFICIARY MUST INCLUDE A COPY OF EACH
REQUIRED DOCUMENT
WITH THEIR PRESENTATION OR A COPY FEE OF USD15.00 WILL BE
DEDUCTED FROM THE
PROCEEDS AT THE TIME OF PAYMENT.
8. NEGOTIATING/PRESENTING BANK'S COVER LETTER MUST INDICATE
WHICH AMENDMENTS,
IF ANY, HAVE BEEN ACCEPTED BY THE BENEFICIARY.
49: Confirmation Instructions
WITHOUT
78: Instr to Payg/Accptg/Negotg Bank
REMITTING BANK TO FORWARD DOCUMENTS IN ONE MAILING TO FIRST
AMERICAN BANK, ATTN: TRADE FINANCE DIVISION, 1650 LOUIS AVENUE,
ELK GROVE VILLAGE, IL 60007 BY COURIER, AT BENEFICIARY'S EXPENSE,
UNDER SWIFT ADVICE TO US. PLEASE INCLUDE YOUR PAYMENT INSTRUCTI
ONS. REMITTING BANK TO CERTIFY THAT THE AMOUNT OF EACH DRAFT
HAS BEEN ENDORSED ON THE REVERSE OF THIS ORIGINAL LETTER OF
CREDIT. PAYMENT WILL BE EFFECTED, IN ACCORDANCE WITH YOUR
INSTRUCTIONS, UPON RECEIPT OF COMPLYING DOCUMENTS AT OUR COUNTERS

22/05/09-18:51:06                    - LocalSwiftAcks-8957-000001                              3

4

57D: 'Advise Through' Bank -Name&Addr
     BANK OF AMERICA, FL
     401 E LOS OLAS BLVD,
     FT LAUDERALE, FL 33301
72: Sender to Receiver information
     TRANSFER BANK BANK OF AMERICA, FL

(CHIC16B2D7BA1EDO)                      ─────── Message Trailer ───────
PKI Signature: MAC-Equivalent

Category    : Network Report          ─────── Interventions ───────
Creation Time : 22/05/09 18:50:49
Application  : SWIFT Interface
Operator    : SYSTEM
Text
{1:F21FAMBUS44AXXX5809018598}{4:{177:0905221650}{451:0}{108:EXPRESSTRADE}}

**Howard Kosoy**

| | |
|---|---|
| From: | pmarshall@firstambank.com |
| Sent: | Wednesday, August 26, 2009 4:29 PM |
| To: | Howard Kosoy |
| Cc: | nhasan@ashfordfinance.com; lmlkhlln@ashfordfinance.com; L.Gonzalez@firstambank.com; NRamirez@firstambank.com |
| Subject: | Re: FW: LC – RIMP/09/101658 |
| Attachments: | 0826132538.pdf |

Howard
Confirming our phone conversation of today with you and your associate Matt,



2. As this document was not issued by Ashford nor presented to FAB for our signature prior to your shipping, the documents you presented were discrepant. This is a discrepancy that FAB does not waive.

3. FAB has not received any waivers from Carrefour Informatique Tremblant Inc.(as indicated in the attachment to your email) nor the funds necessary for FAB to accept their waiver.
Therefore, the documents remain refused and held at your disposal.

Regards,
Pattie Marshall, SVP
Trade Finance Operations Manager
1650 Louis Avenue
Elk Grove Village, IL  60007-2350
Phone: (1-847)586-2227
Fax:    (1-847) 290-8040
Email:  pmarshall@firstambank.com



www.firstambank.com

"Howard Kosoy" <hkosoy@dependonus.com>          To <pmarshall@firstambank.com>



1

# DEPENDABLE CORPORATE SUPPLY

1005 East Newport Center Drive • Deerfield Beach, Florida 33442
Phone 954-released-3800 • Toll Free 800-396-7100 • Fax 954-released-6801
http://www.dependable.com

## PACKING LIST

ISO 9001:2000

Y REPRINT

| PAGE | 1 |

| PACK LIST NO. | 135179-00 |

**SOLD TO:**
CARREFOUR INFORMATIQUE
TREMBLANT INC
460 MONTEE KAVANAGH
MONT-TREMBLANT QC, CD J8E 2P2

**SHIP TO:**
CORPORATE FUNDING PARTNERS
460 MONTEE KAVANAGH
MONT-TREMBLANT QC, CD J8E 2P2

Ship Via: FEDX   Acct#: 479701663

| ORDER DATE | CUSTOMER PURCHASE ORDER NO. | SHIP DATE | SHIP VIA | TERMS | SALESPERSON NO. | PRINT DATE |
|---|---|---|---|---|---|---|
| 6/02/09 | 310019 | 6/08/09 | FEDEX INT'L PRIORITY | LTR OF CREDIT | 78 | 6/08/09 |

| QTY. ORDERED | QTY. SHIPPED | QTY. BACKORDERED | BIN LOCATION | ITEM NO. | DESCRIPTION | TOTAL |
|---|---|---|---|---|---|---|
| 100 | 100 | 0 | 181 | BX80580Q8400 | core 2 quad Q9400 2.66 ghz | |
| 200 | 200 | 0 | 181 | KVR800D2N5K2/4G | 4GB800MHZ DDR2 NON-ECC DIMM | |
| 100 | 100 | 0 | 181 | WD5000AAKS | WD Caviar SE16 Hard Drive | |
| | MFG Code: WD | | | | 500GB SATA 7200rpm | |

**SPECIAL INSTRUCTIONS →**

Certificate of Compliance

It is hereby certified that all material used in the manufacture of parts in the quantity called for on the subject purchase order conforms to the material and or manufacturing specifications indicated in drawings or specifications as called for on said purchase order.

Authorized Signature

NOTE: THIS SHIPMENT HAS BEEN CHECKED TWICE. ANY DISCREPANCIES MUST BE REPORTED IMMEDIATELY. NO CLAIM WILL BE ACCEPTED AFTER 5 DAYS.

| DATE FILLED | PICKED BY | PACKED BY | CHECKED BY | NO. OF CARTONS |
|---|---|---|---|---|
| 6-5-09 | | | | |

COMMENTS

# COMMERCIAL INVOICE

Revision B

| SELLER / SHIPPER (Full name and Address) DEPENDABLE COMPONENT SUPPLY 1003 E. NEWPORT CENTER DRIVE DEERFIELD BEACH FL 33442 US | Invoice Date and Number 6/8/2009   115175-00 | Customer Order Number 510019 |
|---|---|---|

Other References

| (954) 253-5800 | Tax Identification (EIN) |
|---|---|

| CONSIGNEE (Name, Full Address) CORPORATE FUNDING PARTNERS 480 MONTEE KAVANAGH MONT-TREMBLANT QC QD J8E 2P2 | Buyer (if other than Consignee) CARREFOUR INFORMATIQUE TREMBLANT INC 460 MONTEE KAVANAGH MONT-TREMBLANT QC QD J8E 2P2 |
|---|---|

| Port of Lading | Terms and Conditions of Delivery Payment LTR OF CREDIT |
|---|---|

| Final Destination CANADA | Exporting Carrier FEDERAL EXPRESS | |
|---|---|---|

| Other Transportation Information | Currency of Sale U.S. DOLLARS | |
|---|---|---|

| Marks and Numbers | Number of Packages 9 | Total Gross Weight 119 | Cubic Meters |
|---|---|---|---|

| Complete and Accurate Commodity Description | Quantity / Unit of Measure | Unit Price | Amount |
|---|---|---|---|
| Mfr Part #: BX80646Q8400 | | | |
| 8471.50.0055  DIGITAL PROCESSING UNITS, NESOI, WHETHER OR NOT CONTAINING IN THE SAME HOUSING 1 OR 2 OF THE FOLLOWING TYPES OF UNIT: STORAGE, INPUT OR OUTPUT | 100/EA | 250.00000 | 25,000.00 |
| NOTE:   C/O: MALAYSIA | | | |
| Mfr Part #: KVR800D2N5K2/4G | | | |
| 8542.39.0000  ELECTRIC INTEGRATED CIRCUITS, NESOI | 200/EA | 55.00000 | 11,000.00 |
| NOTE:   C/O: CHINA | | | |

| These commodities, technology, or software were exported from the United States of America in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited. | Packing Costs |
|---|---|
| It is hereby certified that this invoice shows the actual price of the goods described, that no invoice has been or will be issued, and that all particulars are true and correct. | Freight Costs |
| | Other Costs |
| Signature and Status of Authorized Person        Date        Place | Insurance Costs |
| Page   1   of   2 | Total Insurance Value |

# PACKING LIST

**DEPENDABLE COMPONENTS SUPPLY**
1033 East Newport Center Drive • Deerfield Beach, Florida 33442
Phone 954-283-5800 • Toll Free 800-388-7100 • Fax 954-283-5801
http://www.dependable.com

☑ REPRINT

PACKLIST NO. 181174-A

**SOLD TO:**
CAR06711
CARREFOUR INFORMATIQUE
TREMBLANT INC
460 MONTEE KAVANAGH
MONT-TREMBLANT QC, CD J8E 2P2

**SHIP TO:**
CORPORATE FUNDING PARTNERS
460 MONTEE KAVANAGH
MONT-TREMBLANT QC, CD J8E 2P2

Ship Via: FEDI   Acct#: 47370163

| ORDER DATE | CUSTOMER PURCHASE ORDER NO. | SHIP DATE | SHIP VIA | TERMS | SALESPERSON NO. | PRINT DATE |
|---|---|---|---|---|---|---|
| 6/02/09 | 31019 | 6/05/09 | FEDEX INT'L PRIORITY | LTR OF CREDIT | 78 | 6/04/09 |

| QTY. ORDERED | QTY. SHIPPED | QTY. BACKORDED | BIN LOCATION | ITEM NO. | DESCRIPTION | NO. OF CARTONS | TOTAL |
|---|---|---|---|---|---|---|---|
| 100 | 100 | 0 | 181 | BX9D0590G9400 | core 2 quad q9400 2.66 ghz | | |
| 200 | 200 | 0 | 181 | KVRBD0D2N8K2/4G | 4GB00MHZ DDR2 NON-ECC DIMM | | |
| 100 | 100 | 0 | 181 | WD5000AAVS | WD Caviar SE16 Hard Drive | | |
| Mfg Code: WD | | | | | 500GB SATA 7200rpm | | |

SPECIAL INSTRUCTIONS ▼

**Certificate of Compliance**

I hereby certify that the items listed herein ... conform ...

**Authorized Signature**

DATE FILLED: 6-4-09

| PICKED BY | PACKED BY | CHECKED BY |
|---|---|---|

COMMENTS

NOTE: THIS SHIPMENT HAS BEEN CHECKED TWICE. ANY DISCREPANCIES MUST BE REPORTED IMMEDIATELY. NO CLAIM WILL BE ACCEPTED AFTER 3 DAYS.

# COMMERCIAL INVOICE

Revision B

| SELLER / SHIPPER (Full name and Address) | Invoice Date and Number | | Customer Order Number |
|---|---|---|---|
| DEPENDABLE COMPONENT SUPPLY | 6/4/2008 | 116174-00 | 81019 |
| 100 E. NEWPORT CENTER DRIVE | | | |
| DEERFIELD BEACH  FL  33442 | | | |
| US | | | |

| (954) 283-5300   Tax Identification (EIN) | Other References |
|---|---|

| CONSIGNEE (Name, Full Address) | Buyer (if other than Consignee) |
|---|---|
| CORPORATE FUNDING PARTNERS | CARREFOUR INFORMATIQUE TREMBLANT INC |
| 460 MONTEE KAVANAGH | 460 MONTEE KAVANAGH |
| MONT-TREMBLANT QC  CD  J8E 2P2 | MONT-TREMBLANT QC,  CD  J8E 2P2 |

| Port of Lading | Terms and Conditions of Delivery Payment |
|---|---|
| | LTR OF CREDIT |

| Final Destination | Exporting Carrier | |
|---|---|---|
| CANADA | FEDERAL EXPRESS | |

| Other Transportation Information | Currency of Sale |
|---|---|
| | U.S. DOLLARS |

| Marks and Numbers | Number of Packages | Total Gross Weight | Cubic Meters |
|---|---|---|---|
| | 8 | 120 | |

| Complete and Accurate Commodity Description | Quantity / Unit of Measure | Unit Price | Amount |
|---|---|---|---|
| Mfr Part #: BX80570E8400 | 100/EA | 250.00000 | 25,000.00 |
| 8471.50.0085   DIGITAL PROCESSING UNITS, NESOI, WHETHER OR NOT CONTAINING IN THE SAME HOUSING 1 OR 2 OF THE FOLLOWING TYPES OF UNIT; STORAGE, INPUT OR OUTPUT | | | |
| NOTE:   C/O:MALAYSIA | | | |
| Mfr Part #: KVR800D2N6K2/4G | 200/EA | 55.00000 | 11,000.00 |
| 8542.39.0000   ELECTRIC INTEGRATED CIRCUITS, NESOI | | | |
| NOTE:   C/O: CHINA | | | |

| These commodities, technology, or software were exported from the United States of America in accordance with the Export Administration Regulations Diversion contrary to U.S. law is prohibited | Packing Costs |
|---|---|
| It is hereby certified that this invoice shows the actual price of the goods described, that no invoice has been or will be issued, and that all particulars are true and correct. | Freight Costs |
| | Other Costs |
| Signature and Status of Authorized Person        Date          Place | Insurance Costs |
| Page  1  of  2 | Total Insurance Value |

# COMMERCIAL INVOICE

Revision B

| SELLER / SHIPPER (Full name and Address) | Invoice Date and Number | | Customer Order Number |
|---|---|---|---|
| DEPENDABLE COMPONENT SUPPLY<br>1003 E. NEWPORT CENTER DRIVE<br>DEERFIELD BEACH  FL  33442<br>US | 6/4/2009 | 116174-00 | 61019 |
| (954) 283-5300   Tax Identification (EIN) | Other References | | |
| CONSIGNEE (Name, Full Address)<br>CORPORATE FUNDING PARTNERS<br>450 MONTEE KAVANAGH<br>MONT-TREMBLANT QC  CD  J8E 2P2 | Buyer (If other than Consignee)<br>CARREFOUR . INFORMATIQUE  TREMBLANT  INC<br>450 ·MONTEE KAVANAGH<br>MONT-TREMBLANT QC,  CD  J8E  2P2 | | |
| Port of Lading | Terms and Conditions of Delivery Payment<br>LTR OF CREDIT | | |
| Final Destination<br>CANADA | Exporting Carrier<br>FEDERAL EXPRESS | | |
| Other Transportation Information | Currency of Sale<br>U.S. DOLLARS | | |
| Marks and Numbers | Number of Packages<br>9 | Total Gross Weight<br>120 | Cubic Meters |

| Complete and Accurate Commodity Description | Quantity / Unit of Measure | Unit Price | Amount |
|---|---|---|---|
| Mfr Part #: WD5000AAKS | | | |
| 8471 70.5065    HARD MAGNETIC DISK DRIVE UNITS, NESOI<br>NOTE:   C/O : MALAYSIA | 100/EA | 56.99000 | 5,699.00 |
| LC# RIMP/09/101858 | | | |
| FIRST AMERICAN BANK<br>THE TRADE FINANCE DIVISION<br>1650 LOUIS AVENUE<br>ELK GROVE VILLAGE, IL,  60007<br>USA | | | |
| COMPUTER COMPONENT AND ACCESSORIES AS PER<br>PROFORMA INVOICE # 136358, DATED MAY 8, 2009<br>FOB DEERFIELD BEACH, FL, USA CONTAINER SHIPMENTS:  ALLOWED | | | |

| | | |
|---|---|---|
| These commodities, technology, or software were exported from the United States of America in accordance with the Export Administration Regulations Diversion contrary to U.S. law is prohibited | Packing Costs | |
| It is hereby certified that this invoice shows the actual price of the goods described, that no invoice has been or will be issued, and that all particulars are true and correct.          MIKE MCCAULEY/SHIP. MGR. | Freight Costs | 0.00 |
| _____    6/4/2009    DEERFIELD BEACH<br>Signature and Status of     Date        Place<br>Authorized Person | Other Costs | 0.00 |
| | Insurance Costs | 0.00 |
| Page   2   of   2 | Total Insurance Value | 42,599.00 |

# PACKING LIST

**DEPENDABLE CORPORATE SUPPLY**

1000 East Newport Center Drive • Deerfield Beach, Florida 33442
Phone 954-298-6800 • Toll Free 800-894-7100 • Fax 954-298-6801
http://www.dependablecorp.com

ISO 9001:2000

☑ REPRINT

| PAGE | PACK LIST NO. |
|---|---|
| 1 | 115172-00 |

**CUSTOMER INFORMATION**

S CARREFOUR INFORMATIQUE
H TREMBLANT INC
I 460 MONTEE RAVANAGH
P MONT-TREMBLANT QC, CD J8E 2P2
T O

**Ship Via: FEDI   Acct#: 4737018463**

S CORPORATE FUNDING PARTNERS
H 460 MONTEE RAVANAGH
I MONT-TREMBLANT QC, CD J8E 2P2
P
T O

| ORDER DATE | CUSTOMER PURCHASE ORDER NO. | SHIP DATE | SHIP VIA | TERMS | SALESPERSON NO. | PRINT DATE |
|---|---|---|---|---|---|---|
| 6/02/09 | B1019 | 6/02/09 | FEDEX INT'L PRIORITY | LTR OF CREDIT | 78 | 6/02/09 |

| INS. EXP: | | |
|---|---|---|

| SPECIAL INSTRUCTIONS | QTY ORDERED ▼ | QTY. SHIPPED | QTY. BACKORDERED | BIN LOCATION | ITEM NO. | DESCRIPTION | NO. OF CARTONS |
|---|---|---|---|---|---|---|---|
| | 100 | 100 | 0 | 181 | BX803S0G9400 | core 2 quad q9400 2.66 ghz | |
| | 200 | 200 | 0 | 181 | KVR800D2N2K2/4G | 4GB800MHZ DDR2 NON-ECC DIMM | |
| | 100 | 100 | 0 | 181 | WD5000AAKS | WD Caviar SE16 Hard Drive | |
| | Mfg: | | | | | 500GB SATA 7200rpm | |
| | Code: WD | | | | | | 13 |

COMMENTS

| | TOTAL |
|---|---|

Certificate of Compliance:

It is hereby certified that all materials used in the manufacture of parts in the quantity called for on the subject purchase order conform to the material and/or manufacturing specifications indicated in drawings or specifications called for on said purchase order.

Authorized Signature _____

| DATE FILLED | PICKED BY | PACKED BY | CHECKED BY |
|---|---|---|---|
| 6-2-09 | | | |

NOTE: THIS SHIPMENT HAS BEEN CHECKED TWICE. ANY DISCREPANCIES MUST BE REPORTED IMMEDIATELY. NO CLAIM WILL BE ACCEPTED AFTER 8 DAYS.

# COMMERCIAL INVOICE

Revision B

**SELLER / SHIPPER (Full name and Address)**
DEPENDABLE COMPONENT SUPPLY
1002¼E, NEWPORT CENTER DRIVE
DEERFIELD BEACH  FL 33442
US

(954) 283-8300

**Tax Identification (EIN)**

| Invoice Date and Number | | Customer Order Number |
|---|---|---|
| 8/4/2009 | 118172-00 | 81019 |

**Other References**

**CONSIGNEE (Name, Full Address)**
CORPORATE FUNDING PARTNERS
460 MONTEE KAVANAGH
MONT-TREMBLANT QC  CO  J8E 2P2

**Buyer (if other than Consignee)**
CARREFOUR INFORMATIQUE TREMBLANT INC
460 MONTEE KAVANAGH
MONT-TREMBLANT QC  CO  J8E 2P2

**Port of Lading**

**Terms and Conditions of Delivery Payment**
LTR OF CREDIT

**Final Destination**
CANADA

**Exporting Carrier**
FEDERAL EXPRESS

**Other Transportation Information**

**Currency of Sale**
U.S. DOLLARS

| Marks and Numbers | Number of Packages | Total Gross Weight | Cubic Meters |
|---|---|---|---|
| | 13 | 142 | |

| Complete and Accurate Commodity Description | Quantity / Unit of Measure | Unit Price | Amount |
|---|---|---|---|
| Mfr Part #: BX80569C5450 | | | |
| 8471.50.0085  DIGITAL PROCESSING UNITS, NESOI, WHETHER OR NOT CONTAINING IN THE SAME HOUSING 1 OR 2 OF THE FOLLOWING TYPES OF UNITS STORAGE, INPUT OR OUTPUT | 100/EA | 250.00000 | 25,000.00 |
| NOTE:    C/O: MALAYSIA | | | |
| Mfr Part #: KVR800D2N6K2/4G | | | |
| 8542.39.0000·  ELECTRIC INTEGRATED CIRCUITS, NESOI | 200/EA | 55.00000 | 11,000.00 |
| NOTE:    C/O: CHINA | | | |

These commodities, technology, or software were exported from the United States of America in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited

It is hereby certified that this invoice shows the actual price of the goods described, that no invoice has been or will be issued, and that all particulars are true and correct.

Signature and Status of Authorized Person.

Date          Place

Page  1  of  2

| | |
|---|---|
| **Packing Costs** | |
| **Freight Costs** | |
| **Other Costs** | |
| **Insurance Costs** | |
| **Total Insurance Value** | |

# COMMERCIAL INVOICE

Revision B

| SELLER / SHIPPER (Full name and Address)<br>DEPENDABLE COMPONENT SUPPLY<br>1005 E. NEWPORT CENTER DRIVE<br>DEERFIELD BEACH FL 33442<br>US | Invoice Date and Number<br>8/4/2009          115172-00 | Customer Order Number<br>51019 |
|---|---|---|
| (954) 263-5300          Tax Identification (EIN) | Other References | |

| CONSIGNEE (Name, Full Address)<br>CORPORATE FUNDING PARTNERS<br>480 MONTEE KAVANAGH<br>MONT-TREMBLANT QC DD J8E 2P2 | Buyer (If other than Consignee)<br>CARREFOUR INFORMATIQUE TREMBLANT INC<br>460 MONTEE KAVANAGH<br>MONT-TREMBLANT QC, CD J8E 2P2 |
|---|---|
| Port of Lading | Terms and Conditions of Delivery, Payment<br>LTR OF CREDIT |

| Final Destination<br>CANADA | Exporting Carrier<br>FEDERAL EXPRESS | |
|---|---|---|
| Other Transportation Information | Currency of Sale<br>U.S. DOLLARS | |
| Marks and Numbers | Number of Packages<br>12 | Total Gross Weight<br>142 | Cubic Meters |

| Complete and Accurate Commodity Description | Quantity / Unit of Measure | Unit Price | Amount |
|---|---|---|---|
| Mfr Part #: WD5000AAKS | 100 EA | 68.99000 | 6,899.00 |
| 8471 70.8065   HARD MAGNETIC DISK DRIVE UNITS, NESOI<br>NOTE:   C/O: MALAYSIA | | | |
| LC # RIMP/09/101858 | | | |
| FIRST AMERICAN BANK<br>THE TRADE FINANCE DIVISION<br>1650 LOUIS AVENUE<br>ELK GROVE VILLAGE, IL, 60007<br>USA | | | |
| COMPUTER COMPONENT AND ACCESSORIES AS PER<br>PROFORMA INVOICE NO. 136558, DATED MAY 8, 2009.<br>FOB DEERFIELD BEACH, FL, USA CONTAINER SHIPMENTS: ALLOWED | | | |

| These commodities, technology, or software were exported from the United States of America in accordance with the Export Administration Regulations Diversion contrary to U.S. law is prohibited | Packing Costs | |
|---|---|---|
| It is hereby certified that this invoice shows the actual price of the goods described, that no invoice has been or will be issued, and that all particulars are true and correct.          MIKE MCCAULEY/SHP. MGR. | Freight Costs | 0.00 |
| Signature and Status of          8/4/2009          DEERFIELD BEACH<br>Authorized Person          Date          Place | Other Costs | 0.00 |
| | Insurance Costs | 0.00 |
| Page  2  of  2 | Total Insurance Value | 42,699.00 |

## DEPENDABLE COMPANY SUPPLY

1003 East Newport Center Drive • Deerfield Beach, Florida 33442
Phone 864-989-5800 • Toll Free 800-359-7100 • Fax 864-989-5801
http://www.dependable.com

**PACKING LIST**

**[N] REPRINT**

PACK LIST NO. 1:52249-00

| | |
|---|---|
| B | CORPORATE FUNDING PARTNERS |
| I | 460 MONTEE KAVANAGH |
| L | |
| L | MONT-TREMBLANT QC, CD J8E 2P2 |
| | T |
| | O |
| | Ship Via: TRK   Acct#: 47597018653 |

| | |
|---|---|
| S | CORPORATE FUNDING PARTNERS |
| H | 460 MONTEE KAVANAGH |
| I | |
| P | MONT-TREMBLANT QC, CD J8E 2P2 |
| | |

| ORDER DATE | CUSTOMER PURCHASE ORDER NO. | SHIP DATE | SHIP VIA | TERMS | SALESPERSON NO. | PRINT DATE |
|---|---|---|---|---|---|---|
| 6/08/09 | 81019 | 6/11/09 | TRUCKING SERVICE | LTR. OF CREDIT | 78 | 6/08/09 |

| QTY. ORDERED | QTY. SHIPPED | QTY. BACKORDERED | BIN LOCATION | ITEM NO. | DESCRIPTION | TOTAL |
|---|---|---|---|---|---|---|
| 100. Mfg Code: ACER | 100 | 0 | 1B1 | AS7730-65542 | 17.0   SCREEN Model: LX.AS30X.010- | |
| 500. Mfg Code: ACER | 500 | 0 | 1B1 | BX80580G7400 | core 2 Quad Q9400 2.66 ghz | |
| 400. Mfg Code: ACER | 400 | 0 | 1B1 | ET.CV3AP.002 | MODEL#ET.CV3AP.002   LCD Monitor | |
| 400. Mfg Code: ACER | 400 | 0 | 1B1 | ET.EV3WP.001 | MODEL#ET.EV3WP.001   LCD Monitor | |
| 1000. Mfg Code: ACER | 1000 | 0 | 1B1 | KVR800D2N6K2/4G | 4GB800MHZ DDR2 NON-ECC DIMM | |
| 500. Mfg Code: WD | 500 | 0 | 1B1 | WD5000AAKS | WD Caviar SE16 Hard Drive 500GB SATA 7200rpm | |

**Certificate of Compliance**

I hereby certify that all material used in the manufacture of the parts is the quantity called for on the subject purchase order conform to the material and or manufacturing specifications indicated in drawings or specifications as laid for on said purchase order.

Authorized Signature _____

NOTE: THIS SHIPMENT HAS BEEN CHECKED TWICE. ANY DISCREPANCIES MUST BE REPORTED IMMEDIATELY. NO CLAIM WILL BE ACCEPTED AFTER 8 DAYS.

**COMMENTS**

| PICKED BY | PACKED BY | CHECKED BY | NO. OF CARTONS |
|---|---|---|---|
| | | | |

| DATE FILED |
|---|
| |

# COMMERCIAL INVOICE

| SELLER / SHIPPER (Full name and Address) | | | | | | Revision B |
|---|---|---|---|---|---|---|
| DEPENDABLE COMPONENT SUPPLY<br>1003 E. NEWPORT CENTER DRIVE<br>DEERFIELD BEACH  FL  33442<br>US | | | Invoice Date and Number<br>5/6/2009 | 115284-00 | Customer Order Number<br>81019 | |
| (954) 283-5800 | Tax Identification (EIN) | | Other References | | | |
| CONSIGNEE (Name, Full Address)<br>CORPORATE FUNDING PARTNERS<br>460 MONTEE KAVANAGH<br>MONT-TREMBLANT QC  CD  J8E 2P2 | | | Buyer (if other than Consignee)<br>CARREFOUR INFORMATIQUE TREMBLANT INC<br>460 MONTEE KAVANAGH<br>MONT-TREMBLANT, QC, CD  J8E 2P2 | | | |
| Port of Lading | | | Terms and Conditions of Delivery Payment<br>LTR OF CREDIT | | | |
| Final Destination<br>CANADA | | Exporting Carrier<br>TRUCK | | | | |
| Other Transportation Information | | | Currency of Sale<br>U.S. DOLLARS | | | |
| Marks and Numbers | | Number of Packages<br>16 | Total Gross Weight<br>5,765 | | Cubic Meters | |

| Complete and Accurate Commodity Description | Quantity / Unit of Measure | Unit Price | Amount |
|---|---|---|---|
| Mfr Part #: BXR6666G3465 | | | |
| 8471 50.0065   DIGITAL PROCESSING UNITS, NESOI, WHETHER OR NOT CONTAINING IN THE SAME HOUSING 1 OR 2 OF THE FOLLOWING TYPES OF UNIT: STORAGE, INPUT OR OUTPUT<br>*NOTE:*   C/O: MALAYSIA | 500/EA | 250.00000 | 125,000.00 |
| Mfr Part #: KVR800D2N5K2/4G | | | |
| 8542 39.0000   ELECTRIC INTEGRATED CIRCUITS, NESOI<br>*NOTE:*   C/O: CHINA | 1,000/EA | 55.00000 | 55,000.00 |
| Mfr Part #: WD5000AAKS | | | |
| 8471 70.5065   HARD MAGNETIC DISK DRIVE UNITS, NESOI<br>*NOTE:*   C/O: MALAYSIA | 500/EA | 66.99000 | 33,495.00 |
| Mfr Part #: ET.CV3WP.002 | | | |
| 8531 20.0020   INDICATOR PANELS INCORPORATING LIQUID CRYSTAL DEVICES (LCD'S)<br>*NOTE:*   C/O: CHINA | 400/EA | 124.99000 | 49,996.00 |

| These commodities, technology, or software were exported from the United States of America in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.<br><br>It is hereby certified that this invoice shows the actual price of the goods described, that no invoice has been or will be issued, and that all particulars are true and correct. | | Packing Costs | |
|---|---|---|---|
| | | Freight Costs | |
| Signature and Status of Authorized Person | Date          Place | Other Costs | |
| | | Insurance Costs | |
| Page   1   of   2 | | Total Insurance Value | |

# COMMERCIAL INVOICE

Revision B

| SELLER / SHIPPER (Full name and Address) | Invoice Date and Number | Customer Order Number |
|---|---|---|
| DEPENDABLE COMPONENT SUPPLY 1003 E. NEWPORT CENTER DRIVE DEERFIELD BEACH FL 33442 US | 8/3/2009    110264-00 | 81019 |

(954) 263-5800    Tax Identification (EIN)

| CONSIGNEE (Name, Full Address) | Buyer (if other than Consignee) |
|---|---|
| CORPORATE FUNDING PARTNERS 450 MONTEE KAVANAGH MONT-TREMBLANT QC  CD  J8E 2P2 | CARREFOUR INFORMATIQUE TREMBLANT INC 450 MONTEE KAVANAGH MONT-TREMBLANT QC  CD  J8E 2P2 |

| Port of Lading | Terms and Conditions of Delivery Payment |
|---|---|
| | LTR OF CREDIT |

| Final Destination CANADA | Exporting Carrier TRUCK | |
|---|---|---|

| Other Transportation Information | Currency of Sale |
|---|---|
| | U.S. DOLLARS |

| Marks and Numbers | Number of Packages 15 | Total Gross Weight 8,765 | | Cubic Meters |
|---|---|---|---|---|

| Complete and Accurate Commodity Description | Quantity / Unit of Measure | Unit Price | Amount |
|---|---|---|---|
| Mfr Part #: BT.EV3WF.001 | | | |
| 8531 20.0020   INDICATOR PANELS INCORPORATING LIQUID CRYSTAL DEVICES (LCD'S) | 400/EA | 169.99000 | 67,996.00 |
| NOTE:    C/O: CHINA | | | |
| Mfr Part #: A97730-8542 | | | |
| 8471 60.4540   DISPLAY UNITS WITH COLOR CATHODE RAY TUBE (CRT), NESOI | 100/EA | 730.00000 | 73,000.00 |
| NOTE:    C/O: CHINA | | | |

LC# RIMF/09/101858
FIRST AMERICAN BANK, THE TRADE FINANCE DIVISION
1650 LOUIS AVENUE, ELK GROVE VILLAGE IL, 60007 USA
COMPUTER COMPONENT AND ACCESSORIES AS PER
PROFORMA INVOICE NO. 13655E, DATED MAY 8 2009,
FOB DEERFIELD BEACH FL ,USA CONTAINER SHIPMENTS :  ALLOWED

| These commodities, technology, or software were exported from the United States of America in accordance with the Export Administration Regulations Diversion contrary to U.S. law is prohibited | Packing Costs | |
|---|---|---|
| It is hereby certified that this invoice shows the actual price of the goods described, that no invoice has been or will be issued, and that all particulars are true and correct.          MIKE MCCAULEY/SHIP. MGR. | Freight Costs | 0.00 |
| | Other Costs | 0.00 |
| Signature and Status of          8/3/2009          DEERFIELD BEACH Authorized Person          Date          Place | Insurance Costs | 0.00 |
| Page __2__ of __2__ | Total Insurance Value | 404,467.00 |