# CORPORATE FUNDING PARTNERS

### global trade finance • letter of credit facilities

| | | |
|---|---|---|
| Date: May 14, 2008 | reissuance fee | Invoice #05140082 |

Client Name   :
Company      :
Address       :

Telephone    :
Fax           :
Mobile        :
Email         :
Agent        :  Simon Assraf
Agent email  :  houta123@aol.com

Total of all Letters of Credit for this worksheet only         EUR 294,026.00

## Detail

- Reissue LC BMDC 15003790 to a new beneficiary:

  Beneficiary should read:



**All other terms and conditions for this L/C remained the same.**

Amendment Charges                            USD 6,000.00

**Total due prior to LC amendment (100% of total)**          **USD 6,000.00**

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice. Upon negotiation there may be a holdback of up to 0.25 percent of the payment to the beneficiary from the LC issuing bank.
If additional fees are required they must be paid upon receipt of invoice. They may include any items that are shown in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay.
All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993 ("UCP") Per UCP article no.18cii it states:
"Where a Credit stipulates that such charges are for the account of a party other than the instructing party, and charges cannot be collected, the instructing party remains ultimately liable for the payment thereof."

## Please Fax A Copy Of Your Wire Transfer When Paying This Invoice

Barclays wire transfer instructions: please see attached

# CORPORATE FUNDING PARTNERS
### global trade finance ▪ letter of credit facilities

**DATE August 23, 2010**          **IN USD**          **INVOICE# 08231007**

| | | |
|---|---|---|
| Client Name | : | |
| Company | : | |
| Address | : | |
| | | |
| Phone | : | |
| Fax | : | |
| Email | : | |
| Agent | : | Simon Asseraf |
| Agent Email | : | |

Total of all Letters of Credit for this worksheet only          USD 150,000.00

**DESCRIPTION**                                                  **AMOUNT**

Type: Irrevocable Transferable Letter of Credit to applicant supplier          USD 150,000.00
Validity: Up to _90_ days

**REQUIREMENTS:**

- pro-forma invoice from supplier
- purchase order from client to supplier
- additional statement of the underlying transaction from your company

| CHARGES | AMOUNT |
|---|---|
| Letter of Credit Charges...............................................................USD | 6,000.00 |
| Standard LC Opening Fee | 295.00 |
| Document Negotiation Fee | 400.00 |
| Total Letter of Credit Charges.......................................................USD | 6,695.00 |
| **TOTAL DUE PRIOR TO LETTER OF CREDIT OPENING (100% OF TOTAL)** | 6,695.00 |

**Please Fax a Copy of Your Wire Transfer When Paying This Invoice**

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice.
It is the sole discretion of LC.COM, Ltd. to determine whether a credit balance with LC.COM, Ltd. or a refund back to the payer of this invoice shall be made in the event of a cancellation of any service.

Upon negotiation there may be a holdback of up to 0.25 percent of the payment to the beneficiary from the LC issuing bank. If additional fees are required they must be paid upon receipt of invoice. They may include any items that are shown in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay. All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993 ("UCP") Per UCP article no.18cii it states: "Where a Credit stipulates that such charges are for the account of a party other than the instructing party, and charges cannot be collected, the instructing party remains ultimately liable for the payment thereof."

GLOBAL MARKETING: 250 WEST 57ᵀᴴ ST ▪ SUITE 1414 ▪ NEW YORK, NEW YORK ▪ 10107
41 THEMISTOKLIS DERVIS ▪ HAWAII TOWER ▪ 3RD FLOOR, SUITE 301-303 ▪ NICOSIA ▪ CYPRUS
BERKELEY SQUARE ▪ LONDON ▪ UK
US PHONE: +1.212.724.8333    US FAX: +1.212.656.1509
UK PHONE: + 44(0)2070960578    UK FAX: + 44(0)2070960578
INFO@LETTERCREDIT.COM    WWW.LETTERCREDIT.COM
SWIFT: CFNYUS33
PAGE 1 OF 2

# CORPORATE FUNDING PARTNERS

global trade finance • letter of credit facilities

| Date: December 4, 2008 | in GBP | Invoice #12040083 |
|---|---|---|

Client Name : <br>
Company :<br>
Address :

Telephone :<br>
Fax :<br>
Email : houta123@aol.com<br>
Agent : Simon Assraf<br>
Agent email : houta123@aol.com

Total of all Letters of Credit for this worksheet only     GBP 44,075.00

## Detail

| Description | Amount |
|---|---|
| Type: Irrevocable Transferable Letter of Credit to applicant supplier | GBP 44,075.00 |

Validity: Up to 90 days

Requirements:
- pro-forma invoice from supplier
- purchase order from client to supplier
- additional statement of the underlying transaction from your company

| | |
|---|---|
| Letter of Credit Charges | GBP 1,763.00 |
| Standard LC Opening Fee | 295.00 |
| Document Negotiation Fee | 400.00 |
| Total Letter of Credit Charges | GBP 2,458.00 |
| **Total due prior to LC opening (100% of total)** | **GBP 2,458.00** |

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice.

Upon negotiation there may be a holdback of up to 0.25 percent of the payment to the beneficiary from the LC issuing bank.

If additional fees are required they must be paid upon receipt of invoice. They may include any items that are shown in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay.

All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993 ("UCP") Per UCP article no.18cii it states:

"Where a Credit stipulates that such charges are for the account of a party other than the instructing party, and charges cannot be collected, the instructing party remains ultimately liable for the payment thereof."

*Please Fax A Copy Of Your Wire Transfer When Paying This Invoice*

Barclays Bank wire transfer instructions: see separate instructions

# CORPORATE FUNDING PARTNERS
global trade finance ▪ letter of credit facilities

| Date: JANUARY 9, 2009 | in GBP | Invoice #01090091 |
|---|---|---|

Client Name :
Company :
Address :



Telephone :
Fax :
Email :
Agent : Simon Asseraf
Agent email : houta123@aol.com

Total of all Letters of Credit for this worksheet only          GBP 56,700.00

### Detail

| Description | Amount |
|---|---|
| Amend BMDC1056351 the following: | |
| 1.  EXTEND FOR 30 DAYS | |
| Amendments (1) | GBP   708.75 |
| **Total due prior to LC amendment (100% of total)** | **GBP  708.75** |

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice. Upon negotiation there may be a holdback of up to 0.25 percent of the payment to the beneficiary from the LC issuing bank.
If additional fees are required they must be paid upon receipt of invoice. They may include any items that are shown in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay.
 All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993 ("UCP") Per UCP article no.18cii it states:
 "Where a Credit stipulates that such charges are for the account of a party other than the instructing party, and charges cannot be collected, the instructing party remains ultimately liable for the payment thereof."

## Please Fax A Copy Of Your Wire Transfer When Paying This Invoice

Barclays Bank wire transfer instructions: see separate instructions

# CORPORATE FUNDING PARTNERS

global trade finance • letter of credit facilities

| Date: October 27, 2008 | in EUR | Invoice #10270083 |
|---|---|---|

| Company | : | |
| Address | : | |
| Telephone | : | |
| Fax | : | |
| Email | : | houta123@aol.com |
| Agent | : | Simon Assraf |
| Agent email | : | houta123@aol.com |

Total of all Letters of Credit for this worksheet only      EUR 86,763.00

## Detail

| Description | Amount |
|---|---|
| Type: Irrevocable Transferable Letter of Credit to applicant supplier | EUR 86,763.00 |
| Validity: Up to 90 days | |

Requirements:

- pro-forma invoice from supplier
- purchase order from client to supplier
- additional statement of the underlying transaction from your company

| | |
|---|---|
| Letter of Credit Charges | EUR 3,470.52 |
| Standard LC Opening Fee | 275.00 |
| Document Negotiation Fee | 400.00 |
| Total Letter of Credit Charges | EUR 4,145.52 |

| **Total due prior to LC opening (100% of total)** | **EUR 4,145.52** |
|---|---|

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice.

Upon negotiation there may be a holdback of up to 0.25 percent of the payment to the beneficiary from the LC issuing bank.

If additional fees are required they must be paid upon receipt of invoice. They may include any items that are shown in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay.

All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993 ("UCP") Per UCP article no.18cii it states:

"Where a Credit stipulates that such charges are for the account of a party other than the instructing party, and charges cannot be collected, the instructing party remains ultimately liable for the payment thereof."

*Please Fax A Copy Of Your Wire Transfer When Paying This Invoice*

Barclays Bank wire transfer instructions: see separate instructions

# CORPORATE FUNDING PARTNERS
## global trade finance ▪ letter of credit facilities

| Date: December 3, 2009 | in USD | Invoice#12030096 |
|---|---|---|

Client Name : ███████████████
Company : ███████████████████████
Address : ████████████████████████████████
Telephone :
Fax :
Email : ████████████████████████
Agent : Simon Asseraf
Agent email : simon.asseraf@lettercredit.com

Total of all Bank Guarantee for this worksheet only         USD 225,000.00

### Detail

| Description | Amount |
|---|---|
| Type: Irrevocable Bank Guarantee <br> Validity: Up to 90 days | USD 225,000.00 |
| Bank Guarantee Charges | USD 9,000.00 |
| Standard Bank Guarantee fee | 295.00 |
| Total Bank Guarantee Charges | USD 9,295.00 |
| **Total due prior to BG opening (100% of total)** | **USD 9,295.00** |

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice.
If additional fees are required they must be paid upon receipt of invoice. They may include any items that are shown
in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay.
 All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993 ("UCP") Per
UCP article no.18cii it states:

"Where a Credit stipulates that such charges are for the account of a party other than the instructing party, and
charges cannot be collected, the instructing party remains ultimately liable for the payment thereof."

## Please Fax a Copy of Your Wire Transfer When Paying This Invoice

WIRE TRANSFER INSTRUCTIONS FOR LC.COM, LTD
PLEASE REMIT TO LC.COM, LTD., 201 W 72ND STREET, NY, NY 10025
HSBC BANK NA., 452 FIFTH AVE., NY, NY 10018
ABA NO. 021001088 ACCT NO. 610859048 SWIFT: MRMDUS33

GLOBAL MARKETING: 201 WEST 72ND ST ▪ NEW YORK, NEW YORK ▪ 10023
2 KLEOMENOUS STREET ▪ NICOSIA ▪ CYPRUS
BERKELEY SQUARE ▪ LONDON ▪ UK
US PHONE: +1.212.724.8333    US FAX: +1.212.656.1509
UK PHONE: + 44(0)2070960578    UK FAX: + 44(0)2070960578
INFO@LETTERCREDIT.COM    WWW.LETTERCREDIT.COM
SWIFT: CFNYUS33

# CORPORATE FUNDING PARTNERS
### global trade finance ▪ letter of credit facilities

| Date: November 17, 2009 | in USD | Invoice#111700911 |
|---|---|---|

Client Name : ████████████████
Company : ████████████████
Address : ████████████████████
Telephone : ████████████████
Fax :
Email : ████████████████████
Agent : Simon Asseraf
Agent email : simon.asseraf@lettercredit.com

| | |
|---|---|
| Total of all Bank Guarantee for this worksheet only | USD 5,000,000.00 |

Detail

| Description | Amount |
|---|---|
| Type: Irrevocable Bank Guarantee | USD 5,000,000.00 |
| Validity: Up to 90 days | |
| | |
| Bank Guarantee Charges | USD 200,000.00 |
| Standard Bank Guarantee fee | 295.00 |
| Total Bank Guarantee Charges | USD 200,295.00 |
| **Total due prior to BG opening (100% of total)** | **USD 200,295.00** |

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice.
If additional fees are required they must be paid upon receipt of invoice. They may include any items that are shown
in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay.
 All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993 ("UCP") Per
UCP article no.18cii it states:

"Where a Credit stipulates that such charges are for the account of a party other than the instructing party, and
charges cannot be collected, the instructing party remains ultimately liable for the payment thereof."

## Please Fax a Copy of Your Wire Transfer When Paying This Invoice

WIRE TRANSFER INSTRUCTIONS FOR LC.COM, LTD
PLEASE REMIT TO LC.COM, LTD., 201 W 72ND STREET, NY, NY 10025
HSBC BANK NA., 452 FIFTH AVE., NY, NY 10018
ABA NO. 021001088 ACCT NO. 610859048 SWIFT: MRMDUS33

GLOBAL MARKETING: 201 WEST 72ND ST ▪ NEW YORK, NEW YORK ▪ 10023
2 KLEOMENOUS STREET ▪ NICOSIA ▪ CYPRUS
BERKELEY SQUARE ▪ LONDON ▪ UK
US PHONE: +1.212.724.8333   US FAX: +1.212.656.1509
UK PHONE: + 44(0)2070960578   UK FAX: + 44(0)2070960578
INFO@LETTERCREDIT.COM   WWW.LETTERCREDIT.COM
SWIFT: CFNYUS33

# CORPORATE FUNDING PARTNERS
### global trade finance · letter of credit facilities

| Date: May 8, 2009 | In USD | Invoice #05080092 |
|---|---|---|

Client Name :
Company :
Address :

Telephone :
Fax :
Email :
Agent : Simon Asseraf
Agent email : simon.asseraf@lettercredit.com

Total of all Bank Guarantee for this worksheet only                 USD 840,000.00
                                        Detail

Description                                                          Amount

Re-Issue BG USD 840,000.00

Re-issue fee                                                        USD 14,700.00
**Total due prior to BG reissuance (100% of total)**                USD 14,700.00

For each Instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice.

If additional fees are required they must be paid upon receipt of invoice. They may include any items that are shown in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay. All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993 ("UCP") Per UCP article no.18dI it states:

"Where a Credit stipulates that such charges are for the account of a party other than the instructing party, and charges cannot be collected, the instructing party remains ultimately liable for the payment thereof."

## Please Fax a Copy of Your Wire Transfer When Paying This Invoice

*Please pay USD 2,000.00*

Please remit to: LC.COM, Ltd.  201 W 72nd Street, Suite 6M, New York, NY 10023
        Phone +1.212.724.8333                    Fax +1.212.686.1509
            Wire transfer instructions: HSBC – New York, NY
        aba#: 021001088  acct#:610859048   SWIFT:MRMDUS33

# CORPORATE FUNDING PARTNERS

### global trade finance • letter of credit facilities

**DATE November 17, 2010**          **IN USD**          **INVOICE# 11171006**

| | | |
|---|---|---|
| Client Name | : | |
| Company | : | ████████ |
| Address | : | ████████ |
| Phone | : | |
| Fax | : | |
| Email | : | |
| Agent | : | Simon Asseraf |
| Agent Email | : | |

Total of all Letters of Credit for this worksheet only          USD 500,000.00

## DESCRIPTION                                                            ## AMOUNT

Type:  Irrevocable Transferable Letter of Credit to applicant supplier          USD 500,000.00
Validity: Up to _90_ days

## REQUIREMENTS:

- pro-forma invoice from supplier
- purchase order from client to supplier
- additional statement of the underlying transaction from your company

| CHARGES | AMOUNT |
|---|---|
| Letter of Credit Charges...............................................................USD | 20,000.00 |
| Standard LC Opening Fee | 295.00 |
| Document Negotiation Fee | 400.00 |
| Total Letter of Credit Charges.................................................USD | 20,695.00 |
| **TOTAL DUE PRIOR TO LETTER OF CREDIT OPENING (100% OF TOTAL)** | 20,695.00 |

**Please Fax a Copy of Your Wire Transfer When Paying This Invoice**

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice.
It is the sole discretion of LC.COM, Ltd. to determine whether a credit balance with LC.COM, Ltd. or a refund back to the payer of this invoice shall be made in the event of a cancellation of any service.

Upon negotiation there may be a holdback of up to 0.25 percent of the payment to the beneficiary from the LC issuing bank. If additional fees are required they must be paid upon receipt of invoice. They may include any items that are shown in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay. All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993 ("UCP") Per UCP article no.18cii it states: "Where a Credit stipulates that such charges are for the account of a party other than the instructing party, and charges cannot be collected, the instructing party remains ultimately liable for the payment thereof."

GLOBAL MARKETING: 250 WEST 57TH ST • NEW YORK, NEW YORK • 10107
41 THEMISTOKLIS DERVIS • HAWAII TOWER • 3RD FLOOR, SUITE 301-303 • NICOSIA • CYPRUS
BERKELEY SQUARE • LONDON • UK
US PHONE: +1.212.724.8333     US FAX: +1.212.656.1509
UK PHONE: + 44(0)2070960578     UK FAX: + 44(0)2070960578
INFO@LETTERCREDIT.COM     WWW.LETTERCREDIT.COM
SWIFT: CFNYUS33

# CORPORATE FUNDING PARTNERS

global trade finance • letter of credit facilities

**DATE November 17, 2010**          **IN USD**          **INVOICE# 11171006**

Client Name    :
Company        :  ████████████████████████
Address        :  ████████████████████

Phone          :
Fax            :
Email          :
Agent          :  Simon Asseraf
Agent Email    :

Total of all Letters of Credit for this worksheet only          USD 500,000.00

## DESCRIPTION                                                   **AMOUNT**

Type: Irrevocable Transferable Letter of Credit to applicant supplier          USD 500,000.00
Validity: Up to _90_ days

## REQUIREMENTS:

- pro-forma invoice from supplier
- purchase order from client to supplier
- additional statement of the underlying transaction from your company

| CHARGES | AMOUNT |
|---|---|
| Letter of Credit Charges.................................................................USD | 20,000.00 |
| Standard LC Opening Fee | 295.00 |
| Document Negotiation Fee | 400.00 |
| Total Letter of Credit Charges.........................................................USD | 20,695.00 |
| **TOTAL DUE PRIOR TO LETTER OF CREDIT OPENING (100% OF TOTAL)** | 20,695.00 |

**Please Fax a Copy of Your Wire Transfer When Paying This Invoice**

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice.
It is the sole discretion of LC.COM, Ltd. to determine whether a credit balance with LC.COM, Ltd. or a refund back to the payer of this
invoice shall be made in the event of a cancellation of any service.

Upon negotiation there may be a holdback of up to 0.25 percent of the payment to the beneficiary from the LC issuing bank. If
additional fees are required they must be paid upon receipt of invoice. They may include any items that are shown in the letter of credit
to be paid by the beneficiary and where the beneficiary refuses to pay. All letters of credit are governed by the Uniform Customs and
Practices for Documentary Credits 1993 ("UCP") Per UCP article no.18cii it states: "Where a Credit stipulates that such charges are for
the account of a party other than the instructing party, and charges cannot be collected, the instructing party remains ultimately liable
for the payment thereof."

PLEASE VIEW 2ND PAGE FOR WIRE INSTRUCTIONS

GLOBAL MARKETING: 250 WEST 57TH ST • NEW YORK, NEW YORK • 10107
41 THEMISTOKLIS DERVIS • HAWAII TOWER • 3RD FLOOR, SUITE 301-303 • NICOSIA • CYPRUS
BERKELEY SQUARE • LONDON • UK
US PHONE: +1.212.724.8333    US FAX: +1.212.656.1509
UK PHONE: + 44(0)2070960578    UK FAX: + 44(0)2070960578
INFO@LETTERCREDIT.COM    WWW.LETTERCREDIT.COM
SWIFT: CFNYUS33
PAGE 1 OF 2

# CORPORATE FUNDING PARTNERS

global trade finance • letter of credit facilities

| Date: March 2, 2010 | in USD | Invoice#03020108 |
|---|---|---|

Client Name   :
Company       :
Address       :
Telephone     :
Fax           :
Email         :
Agent         : Simon Asseraf
Agent email   : simon.asseraf@lettercredit.com

Total of all Letters of Credit for this worksheet only              USD 235,872.00

## Detail

| Description | Amount |
|---|---|
| Type: Irrevocable Transferable Letter of Credit to applicant supplier<br>Validity: Up to 90 days | USD 235,872.00 |

Requirements:
- pro-forma invoice from supplier
- purchase order from client to supplier
- additional statement of the underlying transaction from your company

| | |
|---|---|
| Letter of Credit Charges | USD 9,434.88 |
| Standard LC Opening Fee | 295.00 |
| Document Negotiation Fee | 400.00 |
| Total Letter of Credit Charges | USD 10,129.88 |
| **Total due prior to LC opening (100% of total)** | **USD 10,129.88** |

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice.
Upon negotiation there may be a holdback of up to 0.25 percent of the payment to the beneficiary from
the LC issuing bank.
If additional fees are required they must be paid upon receipt of invoice. They may include any items that
are shown in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay.
All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993
("UCP") Per UCP article no.18cii it states:
"Where a Credit stipulates that such charges are for the account of a party other than the instructing
party, and charges cannot be collected, the instructing party remains ultimately liable for the payment
thereof."

## Please Fax A Copy Of Your Wire Transfer When Paying This Invoice

WIRE TRANSFER INSTRUCTIONS FOR LC.COM, LTD
PLEASE REMIT TO LC.COM, LTD., 250 WEST 57TH ST • NEW YORK, NEW YORK • 10107
HSBC BANK NA., 452 FIFTH AVE., NY, NY 10018
ABA NO. 021001088 ACCT NO. 610859048 SWIFT: MRMDUS33

GLOBAL MARKETING: 250 WEST 57TH ST • NEW YORK, NEW YORK • 101072 KLEOMENOUS
STREET • NICOSIA • CYPRUS
BERKELEY SQUARE • LONDON • UK
US PHONE: +1.212.724.8333    US FAX: +1.646.349.3473
UK PHONE: + 44(0)2070960578    UK FAX: + 44(0)2070960578
INFO@LETTERCREDIT.COM    WWW.LETTERCREDIT.COM
SWIFT: CFNYUS33

# CORPORATE FUNDING PARTNERS

### global trade finance • letter of credit facilities

| Date: March 29, 2010 | **Amendment in USD** Invoice #032910002 |
|---|---|

Client Name :
Company
Address
Agent : Simon Asseraf
Agent email : simon.asseraf@lettercredit.com

Total of all Letters of Credit for this worksheet only      USD 235,872.00

### Detail

Description                                          Amount

- Amendment for IMP00310035

| Field:     **Original L/C** | **Amendments** |
|---|---|
| + A FULL SET OF CLEAN, ON BOARD, OCEAN BILLS OF LADING AND ONE NON-NEGOTIABLE COPY, CONSIGNED TO THE ORDER OF STERLING NATIONAL BANK INDICATING OUR LETTER OF CREDIT NUMBER, AND MARKED NOTIFY APPLICANT AND ▄▄▄▄▄▄▄▄▄▄▄▄ FREIGHT COLLECT | + A FULL SET OF ORIGINAL AIRWAY BILLS OF LADING AND ONE NON-NEGOTIABLE COPY, CONSIGNED TO THE ORDER OF STERLING NATIONAL BANK INDICATING OUR LETTER OF CREDIT NUMBER, AND MARKED NOTIFY APPLICANT▄▄▄▄▄▄ MARKED FREIGHT COLLECT |

Amendment Charges                                           300.00
**Total due prior to amendment (100% of total)**           **USD 300.00**

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice. Upon negotiation there may be a holdback of up to 0.25 percent of the payment to the beneficiary from the LC issuing bank.

If additional fees are required they must be paid upon receipt of invoice. They may include any items that are shown in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay.

All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993 ("UCP") Per UCP article no.18cii it states:

"Where a Credit stipulates that such charges are for the account of a party other than the instructing party, and charges cannot be collected, the instructing party remains ultimately liable for the payment thereof."

## Please Fax A Copy Of Your Wire Transfer When Paying This Invoice

WIRE TRANSFER INSTRUCTIONS FOR LC.COM, LTD

PLEASE REMIT TO LC.COM, LTD., 250 W 57TH STREET, NY, NY 10107

HSBC BANK NA., 452 FIFTH AVE., NY, NY 10018

ABA NO. 021001088 ACCT NO. 610859048 SWIFT: MRMDUS33

GLOBAL MARKETING: 250 WEST 57TH ST • NEW YORK, NEW YORK • 10107

2 KLEOMENOUS STREET • NICOSIA • CYPRUS

BERKELEY SQUARE • LONDON • UK

US PHONE: +1.212.724.8333    US FAX: +1.212.656.1509

UK PHONE: + 44(0)2070960578    UK FAX: + 44(0)2070960578

INFO@LETTERCREDIT.COM    WWW.LETTERCREDIT.COM

SWIFT: CFNYUS33

# CORPORATE FUNDING PARTNERS

### global trade finance • letter of credit facilities

| Date: March 11, 2010 | Amendment in USD | Invoice #03111005 |
|---|---|---|

Client Name :
Company :
Address :
Agent : ▮imon Asseraf
Agent email : simon.asseraf@lettercredit.com

Total of all Letters of Credit for this worksheet only     USD 235,872.00

## Detail

**Description**                              **Amount**

- Amendment for IMP00310035

| Field:     Original L/C | Amendments |
|---|---|
| Latest Shipping Date: May 17, 2010 | Latest Shipping Date: May 8, 2010 |
| +An original multiple or single country of origin declaration and two copies | Delete Doc Requirement No 5 –An original Multiple ..... copies |
| 48:period for presentation: Documents must be presented within 21 days after shipment, but within the validity of the credit | 48: Period for presentation to be changed to: Documents must not be presented before 30 days from shipment date, but within the validity of the credit |

Amendment Charges                                      300.00
**Total due prior to amendment (100% of total)**          **USD 300.00**

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice. Upon negotiation there may be a holdback of up to 0.25 percent of the payment to the beneficiary from the LC issuing bank.
If additional fees are required they must be paid upon receipt of invoice. They may include any items that are shown in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay.
All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993 ("UCP") Per UCP article no.18cii it states:
"Where a Credit stipulates that such charges are for the account of a party other than the instructing party, and charges cannot be collected, the instructing party remains ultimately liable for the payment thereof."

## Please Fax A Copy Of Your Wire Transfer When Paying This Invoice

WIRE TRANSFER INSTRUCTIONS FOR LC.COM, LTD
PLEASE REMIT TO LC.COM, LTD., 250 W 57TH STREET, NY, NY 10107
HSBC BANK NA., 452 FIFTH AVE., NY, NY 10018
ABA NO. 021001088 ACCT NO. 610859048 SWIFT: MRMDUS33

GLOBAL MARKETING: 250 WEST 57TH ST • NEW YORK, NEW YORK • 10107
2 KLEOMENOUS STREET • NICOSIA • CYPRUS
BERKELEY SQUARE • LONDON • UK
US PHONE: +1.212.724.8333    US FAX: +1.212.656.1509
UK PHONE: + 44(0)2070960578    UK FAX: + 44(0)2070960578
INFO@LETTERCREDIT.COM    WWW.LETTERCREDIT.COM
SWIFT: CFNYUS33

# CORPORATE FUNDING PARTNERS

### global trade finance • letter of credit facilities

| Date: April 16, 2010 | in USD | Invoice#04160105 |
|---|---|---|

Client Name :
Company :
Address :
Telephone :
Fax :
Email :
Agent : Simon Asseraf
Agent email : simon.asseraf@lettercredit.com

Total of all Letters of Credit for this worksheet only          USD 65,690.00

## Detail

| Description | Amount |
|---|---|
| Type: Irrevocable Transferable Letter of Credit to applicant supplier<br>Validity: Up to 90 days | USD 65,690.00 |

Requirements:
- pro-forma invoice from supplier
- purchase order from client to supplier
- additional statement of the underlying transaction from your company

| | |
|---|---|
| Letter of Credit Charges | USD 2,627.60 |
| Standard LC Opening Fee | 295.00 |
| Document Negotiation Fee | 400.00 |
| Total Letter of Credit Charges | USD 3,322.60 |
| **Total due prior to LC opening (100% of total)** | **USD 3,322.60** |

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice. Upon negotiation there may be a holdback of up to 0.25 percent of the payment to the beneficiary from the LC issuing bank.

If additional fees are required they must be paid upon receipt of invoice. They may include any items that are shown in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay.

All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993 ("UCP") Per UCP article no.18cii it states:

"Where a Credit stipulates that such charges are for the account of a party other than the instructing party, and charges cannot be collected, the instructing party remains ultimately liable for the payment thereof."

## Please Fax A Copy Of Your Wire Transfer When Paying This Invoice

WIRE TRANSFER INSTRUCTIONS FOR LC.COM, LTD
PLEASE REMIT TO LC.COM, LTD., 250 WEST 57TH ST • NEW YORK, NEW YORK • 10107
HSBC BANK NA., 452 FIFTH AVE., NY, NY 10018
ABA NO. 021001088 ACCT NO. 610859048 SWIFT: MRMDUS33

---

GLOBAL MARKETING: 250 WEST 57TH ST • NEW YORK, NEW YORK • 101072 KLEOMENOUS
STREET • NICOSIA • CYPRUS
BERKELEY SQUARE • LONDON • UK
US PHONE: +1.212.724.8333    US FAX: +1.646.349.3473
UK PHONE: + 44(0)2070960578    UK FAX: + 44(0)2070960578
INFO@LETTERCREDIT.COM    WWW.LETTERCREDIT.COM
SWIFT: CFNYUS33

# CORPORATE FUNDING PARTNERS

global trade finance • letter of credit facilities

| Date: April 9, 2010 | in USD | Invoice#04090103 |
|---|---|---|

Client Name : █████████
Company : █████████
Address : █████████
Telephone : █████████
Fax : █████████
Email : █████████
Agent : Simon Asseraf
Agent email : simon.asseraf@lettercredit.com

Total of all Letters of Credit for this worksheet only            USD 56,280.00

## Detail

| Description | Amount |
|---|---|
| Type: Irrevocable Transferable Letter of Credit to applicant supplier<br>Validity: Up to 90 days | USD 56,280.00 |

Requirements:
- pro-forma invoice from supplier
- purchase order from client to supplier
- additional statement of the underlying transaction from your company

| | |
|---|---|
| Letter of Credit Charges | USD 2,251.20 |
| Standard LC Opening Fee | 295.00 |
| Document Negotiation Fee | 400.00 |
| Total Letter of Credit Charges | USD 2,901.20 |
| **Total due prior to LC opening (100% of total)** | **USD 2,901.20** |

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice. Upon negotiation there may be a holdback of up to 0.25 percent of the payment to the beneficiary from the LC issuing bank.

If additional fees are required they must be paid upon receipt of invoice. They may include any items that are shown in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay.

All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993 ("UCP") Per UCP article no.18cii it states:

"Where a Credit stipulates that such charges are for the account of a party other than the instructing party, and charges cannot be collected, the instructing party remains ultimately liable for the payment thereof."

## Please Fax A Copy Of Your Wire Transfer When Paying This Invoice

WIRE TRANSFER INSTRUCTIONS FOR LC.COM, LTD

PLEASE REMIT TO LC.COM, LTD., 250 WEST 57TH ST • NEW YORK, NEW YORK • 10107

HSBC BANK NA., 452 FIFTH AVE., NY, NY 10018

ABA NO. 021001088 ACCT NO. 610859048 SWIFT: MRMDUS33

---

GLOBAL MARKETING: 250 WEST 57TH ST • NEW YORK, NEW YORK • 101072 KLEOMENOUS STREET • NICOSIA • CYPRUS

BERKELEY SQUARE • LONDON • UK

US PHONE: +1.212.724.8333     US FAX: +1.646.349.3473

UK PHONE: + 44(0)2070960578     UK FAX: + 44(0)2070960578

INFO@LETTERCREDIT.COM     WWW.LETTERCREDIT.COM

SWIFT: CFNYUS33

# CORPORATE FUNDING PARTNERS

global trade finance • letter of credit facilities

| Date: March 25, 2010 | in USD | Invoice#03250102 |
| --- | --- | --- |

Client Name :
Company :
Address :
Telephone :
Fax :
Email :
Agent : Simon Asseraf
Agent email : simon.asseraf@lettercredit.com

Total of all Letters of Credit for this worksheet only          USD 97,196.00

## Detail

| Description | Amount |
| --- | --- |
| Type: Irrevocable Transferable Letter of Credit to applicant supplier<br>Validity: Up to 90 days | USD 97,196.00 |

Requirements:
- pro-forma invoice from supplier
- purchase order from client to supplier
- additional statement of the underlying transaction from your company

| | |
| --- | --- |
| Letter of Credit Charges | USD 3,887.84 |
| Standard LC Opening Fee | 295.00 |
| Document Negotiation Fee | 400.00 |
| Total Letter of Credit Charges | USD 4,582.84 |
| **Total due prior to LC opening (100% of total)** | **USD 4,582.84** |

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice.
Upon negotiation there may be a holdback of up to 0.25 percent of the payment to the beneficiary from
the LC issuing bank.
If additional fees are required they must be paid upon receipt of invoice. They may include any items that
are shown in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay.
All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993
("UCP") Per UCP article no.18cii it states:
"Where a Credit stipulates that such charges are for the account of a party other than the instructing
party, and charges cannot be collected, the instructing party remains ultimately liable for the payment
thereof."

## Please Fax A Copy Of Your Wire Transfer When Paying This Invoice

WIRE TRANSFER INSTRUCTIONS FOR LC.COM, LTD
PLEASE REMIT TO LC.COM, LTD., 250 WEST 57TH ST • NEW YORK, NEW YORK • 10107
HSBC BANK NA., 452 FIFTH AVE., NY, NY 10018
ABA NO. 021001088 ACCT NO. 610859048 SWIFT: MRMDUS33

GLOBAL MARKETING: 250 WEST 57TH ST • NEW YORK, NEW YORK • 101072 KLEOMENOUS
STREET • NICOSIA • CYPRUS
BERKELEY SQUARE • LONDON • UK
US PHONE: +1.212.724.8333   US FAX: +1.646.349.3473
UK PHONE: + 44(0)2070960578   UK FAX: + 44(0)2070960578
INFO@LETTERCREDIT.COM   WWW.LETTERCREDIT.COM
SWIFT: CFNYUS33

| Date: March 11, 2010 | Amendment in USD | Invoice #03111005 |
|---|---|---|

Client Name : ▮▮▮▮▮▮▮▮
Company : ▮▮▮▮▮▮▮▮
Address ▮▮▮▮▮▮▮▮
Agent : Simon Asseraf
Agent email : simon.asseraf@lettercredit.com

Total of all Letters of Credit for this worksheet only          USD 140,000.00

## Detail

Description                                                                  Amount

- Amendment for  IMP00310036

| Field:       Original L/C | Amendments |
|---|---|
| Expiration Date: June 7, 2010 | Expiration Date: April 30, 2010 |
| Latest Shipping Date: May 17, 2010 | Latest Shipping Date:  April 15, 2010 |
| +An original multiple or single country of origin declaration and two copies | Delete Doc Requirement No 5 –An original Multiple ….. and two copies |
| Under Merchandise Description read terms as CIF Los Angeles | Under Merchandise Description read terms as FOB Xingang, China |
|  | Original Inspection Certificate of Quality and Quantity at port of Loading issued by ▮▮▮▮▮▮ of XXXXX Required |

Amendment Charges                                                              300.00
**Total due prior to amendment (100% of total)**                          **USD 300.00**

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice. Upon negotiation there may be a holdback of up to 0.25 percent of the payment to the beneficiary from the LC issuing bank.

If additional fees are required they must be paid upon receipt of invoice. They may include any items that are shown in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay.

All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993 ("UCP") Per UCP article no.18cii it states:

"Where a Credit stipulates that such charges are for the account of a party other than the instructing party, and charges cannot be collected, the instructing party remains ultimately liable for the payment thereof."

## Please Fax A Copy Of Your Wire Transfer When Paying This Invoice

WIRE TRANSFER INSTRUCTIONS FOR LC.COM, LTD
PLEASE REMIT TO LC.COM, LTD., 250 W 57TH STREET, NY, NY 10107
HSBC BANK NA., 452 FIFTH AVE., NY, NY 10018
ABA NO. 021001088 ACCT NO. 610859048 SWIFT: MRMDUS33

GLOBAL MARKETING: 250 WEST 57TH ST • NEW YORK, NEW YORK • 10107
2 KLEOMENOUS STREET • NICOSIA • CYPRUS
BERKELEY SQUARE • LONDON • UK
US PHONE: +1.212.724.8333    US FAX: +1.212.656.1509
UK PHONE: + 44(0)2070960578    UK FAX: + 44(0)2070960578
INFO@LETTERCREDIT.COM    WWW.LETTERCREDIT.COM
SWIFT: CFNYUS33

# CORPORATE FUNDING PARTNERS
### global trade finance ▪ letter of credit facilities

| Date: March 3, 2010 | in USD | Invoice #03030103 |
|---|---|---|

Client Name : ███████████
Company     : ███████████
Address     : ███████████
Telephone   : ███████████
Fax         : ███████████
Email       : ███████████
Agent       : Simon Asseraf
Agent email : simon.asseraf@lettercredit.com

| | |
|---|---|
| Total of all Bank Guarantee for this worksheet only | USD 350,000.00 |
| Detail | |
| **Description** | **Amount** |
| Type: Irrevocable Bank Guarantee<br>Validity: Up to 90 days | USD 350,000.00 |
| Bank Guarantee Charges | USD 14,000.00 |
| Standard Bank Guarantee fee | 295.00 |
| Total Bank Guarantee Charges | USD 14,295.00 |
| **Total due prior to BG opening (100% of total)** | **USD 14,295.00** |

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice.
If additional fees are required they must be paid upon receipt of invoice. They may include any items that are shown in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay.
All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993 ("UCP") Per UCP article no.18cii it states:

"Where a Credit stipulates that such charges are for the account of a party other than the instructing party, and charges cannot be collected, the instructing party remains ultimately liable for the payment thereof."

## Please Fax a Copy of Your Wire Transfer When Paying This Invoice

PLEASE VIEW 2ND PAGE FOR WIRE INSTRUSTIONS

GLOBAL MARKETING: 250 WEST 57TH ST ▪ NEW YORK, NEW YORK ▪ 10107
2 KLEOMENOUS STREET ▪ NICOSIA ▪ CYPRUS
BERKELEY SQUARE ▪ LONDON ▪ UK
US PHONE: +1.212.724.8333    US FAX: +1.646.349.3473
UK PHONE: + 44(0)2070960578    UK FAX: + 44(0)2070960578
INFO@LETTERCREDIT.COM    WWW.LETTERCREDIT.COM
SWIFT: CFNYUS33

1

# CORPORATE FUNDING PARTNERS
### global trade finance ▪ letter of credit facilities

| Date: February 9, 2010 | in USD | Invoice #02090107 |
|---|---|---|

Client Name : Simon Asseraf
Company :
Address

Telephone :
Fax :
Email : houta123@aol.com
Agent : Simon Asseraf
Agent email : Simon.asseraf@lettercredit.com

Total of all Bank Guarantee for this worksheet only      USD 1,000,000.00

Detail

| Description | Amount |
|---|---|
| Type: Irrevocable Bank Guarantee | USD 1,000,000.00 |
| Validity: Up to 360 days | |

| | |
|---|---|
| Bank Guarantee Charges | USD 80,000.00 |
| Standard Bank Guarantee fee | 295.00 |
| Total Bank Guarantee Charges | USD 80,295.00 |
| **Total due prior to BG opening (100% of total)** | **USD 80,295.00** |

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice.
If additional fees are required they must be paid upon receipt of invoice. They may include any items that are shown
in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay.
All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993 ("UCP") Per
UCP article no.18cii it states:

"Where a Credit stipulates that such charges are for the account of a party other than the instructing party, and
charges cannot be collected, the instructing party remains ultimately liable for the payment thereof."

## Please Fax a Copy of Your Wire Transfer When Paying This Invoice

PLEASE VIEW 2ND PAGE FOR WIRE INSTRUCTIONS

GLOBAL MARKETING: 201 WEST 72ND ST ▪ NEW YORK, NEW YORK ▪ 10023
2 KLEOMENOUS STREET ▪ NICOSIA ▪ CYPRUS
BERKELEY SQUARE ▪ LONDON ▪ UK
US PHONE: +1.212.724.8333    US FAX: +1.212.656.1509
UK PHONE: + 44(0)2070960578    UK FAX: + 44(0)2070960578
INFO@LETTERCREDIT.COM    WWW.LETTERCREDIT.COM
SWIFT: CFNYUS33

1

# CORPORATE FUNDING PARTNERS
### global trade finance ▪ letter of credit facilities

| Date: December 15, 2009 | in USD | Invoice#12150093 |
|---|---|---|

Client Name  :
Company      : ▉▉▉▉▉▉▉
Address      : ▉▉▉▉▉▉▉▉▉▉▉▉
Telephone    :
Fax          :
Email        :
Agent        : Simon Asseraf
Agent email  : simon.asseraf@lettercredit.com

Total of all Bank Guarantee for this worksheet only      USD 1,600,000.00

### Detail

| Description | Amount |
|---|---|
| Type: Irrevocable Bank Guarantee<br>Validity: Up to 90 days | USD 1,600,000.00 |
| | |
| Bank Guarantee Charges | USD 64,000.00 |
| Standard Bank Guarantee fee | 295.00 |
| Total Bank Guarantee Charges | USD 64,295.00 |
| **Total due prior to BG opening (100% of total)** | **USD 64,295.00** |

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice.
If additional fees are required they must be paid upon receipt of invoice. They may include any items that are shown in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay.
All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993 ("UCP") Per UCP article no.18cii it states:

"Where a Credit stipulates that such charges are for the account of a party other than the instructing party, and charges cannot be collected, the instructing party remains ultimately liable for the payment thereof."

## Please Fax a Copy of Your Wire Transfer When Paying This Invoice

WIRE TRANSFER INSTRUCTIONS FOR LC.COM, LTD
PLEASE REMIT TO LC.COM, LTD., 201 W 72ND STREET, NY, NY 10025

---

GLOBAL MARKETING: 201 WEST 72ND ST • NEW YORK, NEW YORK • 10023
2 KLEOMENOUS STREET • NICOSIA • CYPRUS
BERKELEY SQUARE • LONDON • UK
US PHONE: +1.212.724.8333    US FAX: +1.212.656.1509
UK PHONE: + 44(0)2070960578    UK FAX: + 44(0)2070960578
INFO@LETTERCREDIT.COM    WWW.LETTERCREDIT.COM
SWIFT: CFNYUS33

# CORPORATE FUNDING PARTNERS
### global trade finance ▪ letter of credit facilities

| Date: December 3, 2009 | in USD | Invoice#12030098 |
|---|---|---|

Client Name : ▮▮▮
Company : ▮▮▮
Address : ▮▮▮
Telephone : ▮▮▮
Fax : ▮▮▮
Email : ▮▮▮
Agent : Simon Asseraf
Agent email : simon.asseraf@lettercredit.com

| | |
|---|---|
| Total of all Bank Guarantee for this worksheet only | USD 400,000.00 |
| Detail | |

| Description | Amount |
|---|---|
| Type: Irrevocable Bank Guarantee<br>Validity: Up to 90 days | USD 400,000.00 |

| | |
|---|---|
| Bank Guarantee Charges | USD 16,000.00 |
| Standard Bank Guarantee fee | 295.00 |
| Total Bank Guarantee Charges | USD 16,295.00 |
| **Total due prior to BG opening (100% of total)** | **USD 16,295.00** |

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice.
If additional fees are required they must be paid upon receipt of invoice. They may include any items that are shown
in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay.
All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993 ("UCP") Per
UCP article no.18cii it states:

"Where a Credit stipulates that such charges are for the account of a party other than the instructing party, and
charges cannot be collected, the instructing party remains ultimately liable for the payment thereof."

## Please Fax a Copy of Your Wire Transfer When Paying This Invoice

WIRE TRANSFER INSTRUCTIONS FOR LC.COM, LTD
PLEASE REMIT TO LC.COM, LTD., 201 W 72ND STREET, NY, NY 10025
HSBC BANK NA., 452 FIFTH AVE., NY, NY 10018
ABA NO. 021001088 ACCT NO. 610859048 SWIFT: MRMDUS33

GLOBAL MARKETING: 201 WEST 72ND ST ▪ NEW YORK, NEW YORK ▪ 10023
2 KLEOMENOUS STREET ▪ NICOSIA ▪ CYPRUS
BERKELEY SQUARE ▪ LONDON ▪ UK
US PHONE: +1.212.724.8333   US FAX: +1.212.656.1509
UK PHONE: + 44(0)2070960578   UK FAX: + 44(0)2070960578
INFO@LETTERCREDIT.COM   WWW.LETTERCREDIT.COM
SWIFT: CFNYUS33

# CORPORATE FUNDING PARTNERS

global trade finance • letter of credit facilities

| Date: March 29, 2010 | **Amendment in USD**  Invoice #032901001 |
|---|---|

Client Name : ▮▮▮▮▮▮▮▮
Company    : ▮▮▮▮▮▮
Address    : ▮▮▮▮▮▮▮▮▮▮▮▮▮
Agent      : Simon Asseraf
Agent email : <u>simon.asseraf@lettercredit.com</u>

Total of all Letters of Credit for this worksheet only          USD 140,000.00

## Detail

Description                                                          Amount

- Amendment for  IMP00310036

| Field:          Original L/C | Amendments |
|---|---|
| Expiration Date: 30 April 2010 | Expiration Date: 10 May 2010 |
| Irrevocable | Irrevocable and transferable |
| Latest shipment date: 15 April 2010 | Latest shipment date: 25 April 2010 |
| Under Merchandise Description read terms Poly/rayon suits as per proforma invoice 1 dated 1 March 2010 | Under Merchandise Description read terms as 4,000 poly/rayon suits at USD 35.000 |

Amendment Charges                                                        300.00
**Total due prior to amendment (100% of total)**                     **USD 300.00**

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice. Upon negotiation there may be a holdback of up to 0.25 percent of the payment to the beneficiary from the LC issuing bank.
If additional fees are required they must be paid upon receipt of invoice. They may include any items that are shown in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay.
All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993 ("UCP") Per UCP article no.18cii it states:
"Where a Credit stipulates that such charges are for the account of a party other than the instructing party, and charges cannot be collected, the instructing party remains ultimately liable for the payment thereof."

## Please Fax A Copy Of Your Wire Transfer When Paying This Invoice

WIRE TRANSFER INSTRUCTIONS FOR LC.COM, LTD
PLEASE REMIT TO LC.COM, LTD., 250 W 57TH STREET, NY, NY 10107
HSBC BANK NA., 452 FIFTH AVE., NY, NY 10018
ABA NO. 021001088 ACCT NO. 610859048 SWIFT: MRMDUS33

GLOBAL MARKETING: 250 WEST 57TH ST • NEW YORK, NEW YORK • 10107
2 KLEOMENOUS STREET • NICOSIA • CYPRUS
BERKELEY SQUARE • LONDON • UK
US PHONE: +1.212.724.8333   US FAX: +1.212.656.1509
UK PHONE: + 44(0)2070960578   UK FAX: + 44(0)2070960578
INFO@LETTERCREDIT.COM  <u>WWW.LETTERCREDIT.COM</u>
SWIFT: CFNYUS33

# CORPORATE FUNDING PARTNERS

global trade finance • letter of credit facilities

| Date: March 3, 2010 | in USD | Invoice#03030104 |
|---|---|---|

| | | |
|---|---|---|
| Client Name | : | |
| Company | : | |
| Address | : | |
| Telephone | : | |
| Fax | : | |
| Email | : | |
| Agent | : Simon Asseraf | |
| Agent email | : simon.asseraf@lettercredit.com | |

Total of all Letters of Credit for this worksheet only      USD 140,000.00

## Detail

| Description | Amount |
|---|---|
| Type: Irrevocable Transferable Letter of Credit to applicant supplier<br>Validity: Up to 90 days | USD 140,000.00 |

Requirements:
- pro-forma invoice from supplier
- purchase order from client to supplier
- additional statement of the underlying transaction from your company

| | |
|---|---|
| Letter of Credit Charges | USD 5,600.00 |
| Standard LC Opening Fee | 295.00 |
| Document Negotiation Fee | 400.00 |
| Total Letter of Credit Charges | USD 6,295.00 |
| **Total due prior to LC opening (100% of total)** | **USD 6,295.00** |

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice. Upon negotiation there may be a holdback of up to 0.25 percent of the payment to the beneficiary from the LC issuing bank.

If additional fees are required they must be paid upon receipt of invoice. They may include any items that are shown in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay.

All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993 ("UCP") Per UCP article no.18cii it states:

"Where a Credit stipulates that such charges are for the account of a party other than the instructing party, and charges cannot be collected, the instructing party remains ultimately liable for the payment thereof."

## Please Fax A Copy Of Your Wire Transfer When Paying This Invoice

WIRE TRANSFER INSTRUCTIONS FOR LC.COM, LTD
PLEASE REMIT TO LC.COM, LTD., 250 WEST 57TH ST • NEW YORK, NEW YORK • 10107
HSBC BANK NA., 452 FIFTH AVE., NY, NY 10018
ABA NO. 021001088 ACCT NO. 610859048 SWIFT: MRMDUS33

GLOBAL MARKETING: 250 WEST 57TH ST • NEW YORK, NEW YORK • 101072 KLEOMENOUS STREET • NICOSIA • CYPRUS
BERKELEY SQUARE • LONDON • UK
US PHONE: +1.212.724.8333   US FAX: +1.646.349.3473
UK PHONE: + 44(0)2070960578   UK FAX: + 44(0)2070960578
INFO@LETTERCREDIT.COM  WWW.LETTERCREDIT.COM
SWIFT: CFNYUS33

# CORPORATE FUNDING PARTNERS

### global trade finance • letter of credit facilities

| Date: July 9, 2009 | in USD | revised | Invoice #07090099 |
| --- | --- | --- | --- |

Client Name : ████████████
Company    : ████████████
Address    : ████████████

Telephone :
Fax       :
Email     :
Agent     : Simon Asseraf
Agent email : houta123@aol.com

Total of all Letters of Credit for this worksheet only          USD 375,000.00

## Detail

| Description | Amount |
| --- | --- |
| Type: Irrevocable Transferable Letter of Credit to applicant supplier<br>Validity: Up to 90 days with expiry at the beneficiary's place | USD 375,000.00 |

Requirements:
- pro-forma invoice from supplier
- purchase order from client to supplier
- additional statement of the underlying transaction from your company

| | |
| --- | --- |
| Letter of Credit Charges | USD 15,000.00 |
| Standard LC Opening Fee | 295.00 |
| Document Negotiation Fee | 400.00 |
| Total Letter of Credit Charges | USD 15,695.00 |

| **Total due prior to LC opening (100% of total)** | **USD 15,695.000** |
| --- | --- |

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice.
Upon negotiation there may be a holdback of up to 0.25 percent of the payment to the beneficiary from the LC issuing bank.
If additional fees are required they must be paid upon receipt of invoice. They may include any items that are shown in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay.
All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993 ("UCP") Per UCP article no.18cii it states:
"Where a Credit stipulates that such charges are for the account of a party other than the instructing party, and charges cannot be collected, the instructing party remains ultimately liable for the payment thereof."

## Please Fax A Copy Of Your Wire Transfer When Paying This Invoice

Please remit to: LC.COM, Ltd.  201 W 72nd Street, Suite 6M, New York, NY  10023
Phone +1.212.724.8333                         Fax +1.212.656.1509
Wire transfer instructions: HSBC – New York. NY
aba#: 021001088   acct#:610859048   SWIFT:MRMDUS33

# CORPORATE FUNDING PARTNERS
### global trade finance • letter of credit facilities

| Date: May 13, 2008 | revised | GBP amendment | Invoice #05130086 |

Client Name : 
Company :
Address :

Telephone
Fax
Email
Agent : Simon Asseraf
Agent email: houta123@aol.com

Total of all Letters of Credit for this worksheet only      GBP 500,000.00

## Detail

| Description | Amount |
| --- | --- |

Amend LC RIMP/08/101544 GBP 500,000.00 the following:

   1) Extend the expiry date by 30 days

| | |
| --- | --- |
| Extension Charges | GBP 6,250.00 |
| Standard amendment Fee | 150.00 |
| Total amendment Charges | 6,400.00 |
| **Total due prior to amendment (100% of total)** | **GBP 6,400.00** |

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice.

Upon negotiation there may be a holdback of up to 0.25 percent of the payment to the beneficiary from the LC issuing bank.
If additional fees are required they must be paid upon receipt of invoice. They may include any items that are shown in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay.
All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993 ("UCP") Per UCP article no.18cii it states:
"Where a Credit stipulates that such charges are for the account of a party other than the instructing party, and charges cannot be collected, the instructing party remains ultimately liable for the payment thereof."

## Please Fax A Copy Of Your Wire Transfer When Paying This Invoice

Please remit our Barclays account (attached)

# CORPORATE FUNDING PARTNERS

global trade finance • letter of credit facilities

| Date: January 21, 2008 | IN GBP | Invoice #01210081 |
|---|---|---|

Client Name   :
Company      :
Address       :

Telephone   :
Fax          :
Mobile       :
Email        :
Agent        :   Simon Assraf
Agent email  :   houta123@aol.com

| Total of all Letters of Credit for this worksheet only | GBP 500,000.00 |
|---|---|

## Detail

| Description | Amount |
|---|---|
| Type: Irrevocable Transferable Letter of Credit to applicant supplier | GBP 500,000.00 |

Validity: Up to 0 days

Requirements:
- pro-forma invoice from supplier
- purchase order from client to supplier
- additional statement of the underlying transaction from your company

| | |
|---|---|
| Letter of Credit Charges | EUR 16,250.00 |
| Standard LC Opening Fee | 150.00 |
| Document Negotiation Fee | 250.00 |
| Total Letter of Credit Charges | EUR 16,650.00 |
| **Total due prior to LC opening (100% of total)** | **EUR 16,650.00** |

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice.

Upon negotiation there may be a holdback of up to 0.25 percent of the payment to the beneficiary from the LC issuing bank.

If additional fees are required they must be paid upon receipt of invoice. They may include any items that are shown in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay. All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993 ("UCP") Per UCP article no.18cii it states:

"Where a Credit stipulates that such charges are for the account of a party other than the instructing party, and charges cannot be collected, the instructing party remains ultimately liable for the payment thereof."

## Please Fax A Copy Of Your Wire Transfer When Paying This Invoice

Barclays wire transfer instructions: please see attached

# CORPORATE FUNDING PARTNERS

## global trade finance • letter of credit facilities

| Date: May 13, 2008 | Invoice #05130085 |
| --- | --- |

| | | |
| --- | --- | --- |
| Client Name | : | ████████ |
| Company | : | ████████ |
| Address | : | ████████ |
| Telephone | : | ████████ |
| Fax | : | ████████ |
| Email | : | ████████ |
| Agent | : | Simon Assraf |
| Agent email | : | houta123@aol.com |

Total of all Letters of Credit for this worksheet only          USD 54,800.00

### Detail

| Description | Amount |
| --- | --- |
| Type: Irrevocable Transferable Letter of Credit to applicant supplier | USD 54,800.00 |

Validity: Up to 90 days
Requirements:
- pro-forma invoice from supplier
- purchase order from client to supplier
- additional statement of the underlying transaction from your company

| | |
| --- | --- |
| Letter of Credit Charges | USD 2,192.00 |
| Standard LC Opening Fee | 275.00 |
| Document Negotiation Fee | 400.00 |
| Total Letter of Credit Charges | USD 2,867.00 |
| **Total due prior to LC opening (100% of total)** | **USD 2,867.00** |

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice.

Upon negotiation there may be a holdback of up to 0.25 percent of the payment to the beneficiary from the LC issuing bank.
If additional fees are required they must be paid upon receipt of invoice. They may include any items that are shown in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay.
All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993 ("UCP") Per UCP article no.18cii it states:
"Where a Credit stipulates that such charges are for the account of a party other than the instructing party, and charges cannot be collected, the instructing party remains ultimately liable for the payment thereof."

## Please Fax A Copy Of Your Wire Transfer When Paying This Invoice

Please remit to: LC.COM, Ltd.  201 W 72nd Street, Suite 6M, New York, NY  10023
Phone +1.212.724.8333                    Fax +1.212.656.1509
Wire transfer instructions: HSBC – New York. NY
aba#: 021001088   acct#:610859048   SWIFT:MRMDUS33

# CORPORATE FUNDING PARTNERS

global trade finance • letter of credit facilities

| Date: July 15, 2009 | in USD | Invoice #07150092 |
|---|---|---|

Client Name : Prom Sokhonna
Company : Carefour Informatique Tembla
Address : 460 Montee Kavanagh
   Mont Tremblant, Quebec, J8E 1L2, Canada
Telephone : +819-681-0911
Fax :
Email :
Agent : Simon Asseraf
Agent email : simon.asseraf@lettercredit.com

Total of all Letters of Credit for this worksheet only          USD 340,100.00

## Detail

Description                                                                          Amount

Type: Irrevocable Transferable Letter of Credit to applicant supplier          USD 340,100.00
Validity: Up to 90 days

Requirements:
- pro-forma invoice from supplier
- purchase order from client to supplier
- additional statement of the underlying transaction from your company

| | |
|---|---|
| Letter of Credit Charges | USD 13,604.00 |
| Standard LC Opening Fee | 295.00 |
| Document Negotiation Fee | 400.00 |
| Total Letter of Credit Charges | USD 14,299.00 |

**Total due prior to LC opening (100% of total)**          **USD 14,299.00**

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice. Upon negotiation there may be a holdback of up to 0.25 percent of the payment to the beneficiary from the LC issuing bank.
If additional fees are required they must be paid upon receipt of invoice. They may include any items that are shown in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay.
 All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993 ("UCP") Per UCP article no.18cii it states:
 "Where a Credit stipulates that such charges are for the account of a party other than the instructing party, and charges cannot be collected, the instructing party remains ultimately liable for the payment thereof."

## Please Fax A Copy Of Your Wire Transfer When Paying This Invoice

Please remit to: LC.COM, Ltd.  201 W 72nd Street, Suite 6M, New York, NY  10023
Phone +1.212.724.8333          Fax +1.212.656.1509
Wire transfer instructions: HSBC – New York. NY
aba#: 021001088   acct#:610859048   SWIFT:MRMDUS33

# CORPORATE FUNDING PARTNERS

global trade finance ▪ letter of credit facilities

| Date: August 5, 2009 | Amendment in USD | Invoice #08050096 |
|---|---|---|

Client Name : Prom Sokhonna
Company    : Carrefour Informatique Tembla
Address    : 460 Montee Kavanagh
             Mont Tremblant, Quebec, J8E 1L2, Canada
Telephone  : +819-681-0911
Fax        :
Email
Agent      : Simon Asseraf
Agent email : simon.asseraf@lettercredit.com

Total of all Letters of Credit for this worksheet only          USD 340,100.00

## Detail

Description                                                          Amount

- RIMP 09101912

| Field: | Original L/C | Amendments |
|---|---|---|
| Sight | Sight 45 Days |
| Location: 206 Andover ST Andover, MA | Location: 220 Ballardvale, Wilmington, MA |
| Latest Shipping Date: August 6, 2009 | Latest Shipping Date: August 13, 2009 |
| Expiry Date: August 30, 2009 | Expiry Date: September 04,2009 |
| Available by: Payment | Available by: Acceptance |

Amendment Charges                                                    300.00
Total Letter of Credit Charges                                  USD 300.00

**Total due prior to amendment (100% of total)                    USD 300.00**

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice.
Upon negotiation there may be a holdback of up to 0.25 percent of the payment to the beneficiary from
the LC issuing bank.
If additional fees are required they must be paid upon receipt of invoice. They may include any items that
are shown in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay.
All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993
("UCP") Per UCP article no.18cii it states:
"Where a Credit stipulates that such charges are for the account of a party other than the instructing
party, and charges cannot be collected, the instructing party remains ultimately liable for the payment
thereof."

## Please Fax A Copy Of Your Wire Transfer When Paying This Invoice

Please remit to Please remit to the attached

# CORPORATE FUNDING PARTNERS

global trade finance • letter of credit facilities

| Date: July 27, 2009 | Amendment in USD | Invoice #07270098 |
|---|---|---|

Client Name : Peom Sokhonna
Company : Carrefour Informatique Tembla
Address : 460 Montee Kavanagh
Mont Tremblant, Quebec, QC J8E 2P2, Canada
Telephone : +819-681-0911
Fax :
Email
Agent : Simon Asseraf
Agent email : simon.asseraf@lettercredit.com

Total of all Letters of Credit for this worksheet only          USD 676,725.00

### Detail

Description                                                              Amount

- Amendment for RIMP 09101887

| Field:          Original L/C | Amendments |
|---|---|
| Last Shipment Date: July 23,2009 | Last Shipment Date: August 5,2009 |
| Expiry Date: August 23,2009 | Expiry Date: August 26,2009 |

Amendment Charges                                                       300.00
Total Letter of Credit Charges                                       USD 300 .00

**Total due prior to amendment (100% of total)**                    **USD 300 .00**

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice.
Upon negotiation there may be a holdback of up to 0.25 percent of the payment to the beneficiary from
the LC issuing bank.
If additional fees are required they must be paid upon receipt of invoice. They may include any items that
are shown in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay.
 All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993
("UCP") Per UCP article no.18cii it states:
 "Where a Credit stipulates that such charges are for the account of a party other than the instructing
party, and charges cannot be collected, the instructing party remains ultimately liable for the payment
thereof."

## Please Fax A Copy Of Your Wire Transfer When Paying This Invoice

Please remit to Please remit to the attached

# CORPORATE FUNDING PARTNERS
### global trade finance • letter of credit facilities

| Date: June 26, 2009 | in USD | Invoice #062600915 |
|---|---|---|

Client Name : Peom Sokhonna
Company : Carrefour Informatique Tembla
Address : 460 Montee Kavanagh
Mont Tremblant, Quebec, QC J8E 2P2, Canada
Telephone : +819-681-0911
Fax :
Email : HOUTA123@AOL.COM
Agent : Simon Asseraf
Agent email : simon.asseraf@lettercredit.com

Total of all Letters of Credit for this worksheet only        USD 676,725.00

## Detail

| Description | Amount |
|---|---|
| Type: Irrevocable Transferable Letter of Credit to applicant supplier<br>Validity: Up to 90 days | USD 676,725.00 |

Requirements:
- pro-forma invoice from supplier
- purchase order from client to supplier
- additional statement of the underlying transaction from your company

| | |
|---|---|
| Letter of Credit Charges | USD 27,069.00 |
| Standard LC Opening Fee | 295.00 |
| Document Negotiation Fee | 400.00 |
| Total Letter of Credit Charges | USD 27,764.00 |

| **Total due prior to LC opening (100% of total)** | **USD 27,764.00** |
|---|---|

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice.
Upon negotiation there may be a holdback of up to 0.25 percent of the payment to the beneficiary from
the LC issuing bank.
If additional fees are required they must be paid upon receipt of invoice. They may include any items that
are shown in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay.
All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993
("UCP") Per UCP article no.18cii it states:
"Where a Credit stipulates that such charges are for the account of a party other than the instructing
party, and charges cannot be collected, the instructing party remains ultimately liable for the payment
thereof."

## Please Fax A Copy Of Your Wire Transfer When Paying This Invoice

Please remit to: LC.COM, Ltd. 201 W 72nd Street, Suite 6M, New York, NY 10023
Phone +1.212.724.8333        Fax +1.212.656.1509
Wire transfer instructions: HSBC – New York. NY
aba#: 021001088    acct#:610859048    SWIFT:MRMDUS33

# CORPORATE FUNDING PARTNERS

global trade finance ▪ letter of credit facilities

| Date: May 12, 2009 | in USD | Invoice #05120092 |
|---|---|---|

| | | |
|---|---|---|
| Client Name | : | Prom Sokhonna |
| Company | : | Carefour Informatique Tembla |
| Address | : | 460 Montee Kavanagh |
| | | Mont Tremblant, Quebec, J8E 1L2, Canada |
| Telephone | : | +819-681-0911 |
| Fax | : | |
| Email | : | |
| Agent | : | Simon Asseraf |
| Agent email | : | simon.asseraf@lettercredit.com |

Total of all Letters of Credit for this worksheet only          USD 532,584.00

## Detail

| Description | Amount |
|---|---|
| Type: Irrevocable Transferable Letter of Credit to applicant supplier<br>Validity: Up to 90 days | USD 532,584.00 |

Requirements:
- pro-forma invoice from supplier
- purchase order from client to supplier
- additional statement of the underlying transaction from your company

| | |
|---|---|
| Letter of Credit Charges | USD 17,308.98 |
| Standard LC Opening Fee | 295.00 |
| Document Negotiation Fee | 400.00 |
| Total Letter of Credit Charges | USD 18,003.98 |

| **Total due prior to LC opening (100% of total)** | **USD 18,003.98** |
|---|---|

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice.
Upon negotiation there may be a holdback of up to 0.25 percent of the payment to the beneficiary from
the LC issuing bank.
If additional fees are required they must be paid upon receipt of invoice. They may include any items that
are shown in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay.
All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993
("UCP") Per UCP article no.18cii it states:
"Where a Credit stipulates that such charges are for the account of a party other than the instructing
party, and charges cannot be collected, the instructing party remains ultimately liable for the payment
thereof."

## Please Fax A Copy Of Your Wire Transfer When Paying This Invoice

Please remit to: LC.COM, Ltd. 201 W 72nd Street, Suite 6M, New York, NY 10023
Phone +1.212.724.8333                    Fax +1.212.656.1509
Wire transfer instructions: HSBC – New York. NY
aba#: 021001088   acct#:610859048   SWIFT:MRMDUS33

# CORPORATE FUNDING PARTNERS
### global trade finance · letter of credit facilities

| Date: September 1, 2009 | in USD | Invoice#09010091 |
|---|---|---|

Client Name :
Company     :
Address     :

Telephone   :
Fax         :
Email       :
Agent       :
Agent email :

Total of all Letters of Credit for this worksheet only          USD 1,652,000.00

## Detail

| Description | Amount |
|---|---|

Type: Irrevocable Transferable Letter of Credit to applicant supplier          USD 1,652,000.00
Validity: Up to 90 days

Requirements:
- pro-forma invoice from supplier
- purchase order from client to supplier
- additional statement of the underlying transaction from your company

| | | |
|---|---|---|
| Letter of Credit Charges | USD | 66,080.00 |
| Standard LC Opening Fee | | 295.00 |
| Document Negotiation Fee | | 400.00 |
| Total Letter of Credit Charges | USD | 66,775.00 |

**Total due prior to LC opening (100% of total)**          **USD   66,775.00**

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice.
Upon negotiation there may be a holdback of up to 0.25 percent of the payment to the beneficiary from
the LC issuing bank.
If additional fees are required they must be paid upon receipt of invoice. They may include any items that
are shown in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay.
All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993
("UCP") Per UCP article no.18cii it states:
"Where a Credit stipulates that such charges are for the account of a party other than the instructing
party, and charges cannot be collected, the instructing party remains ultimately liable for the payment
thereof."

## Please Fax A Copy Of Your Wire Transfer When Paying This Invoice

Please remit to Please remit to the attached

Wire Transfer Outgoing Request

**CHASE** ⬡

## Wire Transfer Requestor Information

| Requestor Name:<br>SIMON ASSRAF | | | | | |
|---|---|---|---|---|---|
| Account Name:<br>HOUTA INC | | Street Address:<br>CO SIMON ASSRAF<br>1948 E 18TH ST | | | |
| City:<br>BROOKLYN | State:<br>NY | Zip:<br>11229-3410 | Country:<br>USA | | Daytime Phone:<br>718-915-8723 |
| Primary ID Type:<br>Driver's License | ID Issuer:<br>NY | ID Number:<br>852509894 | ID Issue Date:<br>01/17/2006 | | ID Exp:<br>05/15/2014 |
| Authentication Method: | Request Method:<br>Walk-In | | Comments: | | |
| Callback Performed by (Employee Signature): | Caller (Employee) Phone number: | | | | |
| Callback made to: | Callback Phone #: | | Callback Date: | | Callback Time: |

## Wire Transfer Information

| Request Date:<br>08/23/2009 | Request time:<br>02:26:32PM Eastern time | Effective date:<br>08/23/2009 | Wire Type:<br>Domestic |
|---|---|---|---|
| Debit Account #:<br>733651285 | Debit Account Type:<br>BUSINESS CLASSIC | Available balance: | Wire Amount (US dollars):<br>$31,000.00 |
| Qualifying Account # | Qualifying Account Type: | Source of funds:<br>Checking | Wire Fee:<br>$25.00 |
| Currency type to be sent:<br>US Dollars | Exchange rate<br>N/A | Foreign currency amount:<br>N/A | Amount to Collect (USD):<br>$31,025.00 |
| FX Contract Number: | | | |

Customer Disclosure : If you initiate more than three Rapid Cash® funds transfers during any calendar month, you will incur a Rapid Cash Remittance Fee of $45 for each Rapid Cash funds transfer in excess of three. These fees will be deducted from your checking account.

## Beneficiary Account Information

| Account Name:<br>LC.COM LTD | | | | | |
|---|---|---|---|---|---|
| Street Address: | | Account Number:<br>610859048 | | | |
| | | City: | State: | Zip: | Country: |
| Text to Beneficiary: | | | | | |

## Beneficiary Bank Information

| Bank Name:<br>HSBC Bank USA, National Association | | | | | |
|---|---|---|---|---|---|
| Street Address: | | Bank ABA/SWIFT Code:<br>021001088 | | | |
| | | City: | State: | Zip: | Country: |
| Intermediary Bank Name: | | | | | |
| Street Address: | | Intermediary Bank ABA: | | | |
| | | City: | State: | Zip: | Country: |
| Text to Beneficiary Bank: | | | | | |

# CORPORATE FUNDING PARTNERS
### global trade finance · letter of credit facilities

| Date: May 12, 2008 | in EUROS | AMENDMENT Invoice #05120081 |
|---|---|---|

Client Name :
Company :
Address :

Telephone :
Fax :
Mobile :
Email :
Agent : Simon Assraf
Agent email : houta123@aol.com

Total of all Letters of Credit for this worksheet only       EUR 294,026.00

## Detail

| Description | Amount |
|---|---|

Amend LC BMDC15003790 amount EUR 294,026.00 the following:

1) Field 46A: Documents Required: Delete +Beneficiary's certificate certifying that one full set of non-negotiable shipping documents have been sent directly to Fin-Trade (EU) Ltd within 3 days from the shipment date by DHL courier service and original documents to include courier receipt evidencing the same.

Amendments (1)
Amendment Charges       EUR 200.00

**Total due prior to amendment (100% of total)**       **EUR 200.00**

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice. Upon negotiation there may be a holdback of up to 0.25 percent of the payment to the beneficiary from the LC issuing bank.
If additional fees are required they must be paid upon receipt of invoice. They may include any items that are shown in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay.
All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993 ("UCP") Per UCP article no.18cii it states:
"Where a Credit stipulates that such charges are for the account of a party other than the instructing party, and charges cannot be collected, the instructing party remains ultimately liable for the payment thereof."

## Please Fax A Copy Of Your Wire Transfer When Paying This Invoice

Barclays wire transfer instructions: please see attached

# CORPORATE FUNDING PARTNERS

### global trade finance • letter of credit facilities

| Date: April 4, 2008 | in EUROS | Invoice #04040082 |
|---|---|---|

Client Name :
Company :
Address :

Telephone :
Fax :
Mobile :
Email :
Agent : Simon Assraf
Agent email : houta123@aol.com

Total of all Letters of Credit for this worksheet only     EUR 294,026.00

### Detail

| Description | Amount |
|---|---|
| Type: Irrevocable Transferable Letter of Credit to applicant supplier | EUR 294,026.00 |
| Validity: Up to 90 days | |

Requirements:
- pro-forma invoice from supplier
- purchase order from client to supplier
- additional statement of the underlying transaction from your company

| | |
|---|---|
| Letter of Credit Charges | EUR 11,761.04 |
| Standard LC Opening Fee | 275.00 |
| Document Negotiation Fee | 400.00 |
| Total Letter of Credit Charges | EUR 12,436.04 |
| **Total due prior to LC opening (100% of total)** | **EUR 12,436.04** |

For each instance of non-negotiation, there will be a charge of $ 250.00 payable upon receipt of invoice. Upon negotiation there may be a holdback of up to 0.25 percent of the payment to the beneficiary from the LC issuing bank.
If additional fees are required they must be paid upon receipt of invoice. They may include any items that are shown in the letter of credit to be paid by the beneficiary and where the beneficiary refuses to pay.
 All letters of credit are governed by the Uniform Customs and Practices for Documentary Credits 1993 ("UCP") Per UCP article no.18cii it states:
 "Where a Credit stipulates that such charges are for the account of a party other than the instructing party, and charges cannot be collected, the instructing party remains ultimately liable for the payment thereof."

## Please Fax A Copy Of Your Wire Transfer When Paying This Invoice

Barclays wire transfer instructions: please see attached

| | |
|---|---|
| From: | Joe Lau |
| Sent: | Tuesday, September 30, 2008 12:11 PM |
| To: | BankInfo |
| Cc: | Marshall Jablon; Janet Harris; caren raphael |
| Subject: | GBP 56,700.00 |

09/29/2008  33RECD CHIP JPMORGAN CHASE BANK*ORG:HOUTA INC,BROOKLYN, NY          2,900.00
            112293410*BNF:LC COM LTD,NEW YORK NY 10023-2764*OBI:PAYMENT FOR
            STCHIPSEQ:0318938*TIME:1126*YR REF:DCD OF 08/09/29*MMB REF:273438956

From Simon                              Please send Barclays USD 1,200.00 to issue LC GBP 56,700.00

**Joseph Lau · Corporate Funding Partners**
**Chief Processing Officer**
Cyprus · New York · London
Phone: +1.212.724.8333 DD: +1.646.233.4303 Fax: +1.212.656.1509