UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| THE DELOACH GROUP, INC. d/b/a, Quastar Computer International,<br><br>    Plaintiff,<br>vs.<br><br>ASHFORD FINANCE, LLC; NOUSHIR HASAN; CARREFOUR INFORMATIQUE TREMBLANT, INC.; CORPORATE FUNDING PARTNERS, LLC; GANGES EXPORTS USA; MIKE TONES; AMIN HAQ; BEEM KHEMANEY; AND JOHN DOES I THROUGH IV,<br><br>    Defendants. | CASE NO.: 1:11-CV-1678-LMM |

### DEFENDANTs CORPORATE FUNDING PARTNERS, LLC and LC.COM., Ltd.'s NOTICE OF SERVICE OF DISCOVERY

    **COMES NOW**, Defendants Corporate Funding Partners LLC and LC.COM, Ltd., by and through counsel and pursuant to LR 5.4 and LR 12 and gives this Honorable Court Notice of Service of Defendant Corporate Funding Partners, LLC's First Interrogatories and Requests for Production and LC.COM.Ltd.'s First Interrogatories upon Plaintiff in this matter.

1

Respectfully submitted this 2nd day of April, 2014.

| | |
|---|---|
| HIRSH & HEUSER, P.C.<br>_s/Michael R. Hirsh_<br>Michael R. Hirsh<br>125 TownPark Drive, Suite 300<br>Kennesaw, GA 30144<br>404-713-4400<br>mrhirsh@hirshandheuser.com<br>*Counsel for Corporate Funding Partners, LLC* | LIONEL J. POSTIC, P.C.<br>s/Lionel J. Postic<br>Lionel J. Postic, GBN 585603<br>241 Washington Avenue, NE<br>Marietta, Georgia 30060<br>Telephone: (678) 283-2256<br>lpostic@mindspring.com<br>*Counsel for Corporate Funding Partners, LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of December, 2014, I electronically filed the foregoing Notice of Service of Discovery on Plaintiff with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_s/Michael R. Hirsh_
Michael R. Hirsh
125 TownPark Drive, Suite 300
Kennesaw, GA 30144
404-713-4400
mrhirsh@hirshandheuser.com