IN THE UNITED STATED DISTRICT COURT OF THE NORTHERN DISTRICT OF GEORGIA

THE DELOACH GROUP, INC. D/B/A,
QUASTAR COMPUTER INTERNATIONAL

   PLAINTIFF

 v.

ASHFORD FINANCE LLC, NOUSHIR HASAN,
CARREFOUR INFORMATIQUE TREMBLANT,
INC, CORPORATE FUNDING PARTNERS,
LLC D/B/A GANGES EXPORTS USA,
LC.COM, LTD., MARSHALL JABLON, MIKE
TONES, AMIN HAQ, BEEM KHEMANEY

   DEFENDANTS

CASE NO: 1:11-CV-1678-JOF

## PLAINTIFF THE DELOACH GROUP, INC. D/B/A QUASTAR COMPUTER INTERNATIONAL NOTICE OF RULE 30(b)(1) DEPOSITION OF DEFENDANT NOSH HASAN

PLEASE TAKE NOTICE that Plaintiff The DeLoach Group, Inc. d/b/a Quastar Computer International ("Quastar") will proceed to take the Fed. R. Civ. P. 30(b)(1) deposition of Defendant Nosh Hasan at law offices of Morgan, Melhuish, Abrutyn, 39 Broadway, Suite 1701, New York, NY 10006 on February 17, 2015, beginning at 10:00 a.m, and February 18, 2015, beginning at 10:00 am under the

authority of the Federal Rules of Civil Procedure 26 and 30. The deposition shall be taken before a court reporter authorized to administer oaths, shall be recorded by video and stenographic means, and shall continue from day to day until completed for purposes of discovery and all other purposes permitted by law.

This 28th of January, 2015.

GEORGIA BUSINESS LAW GROUP, LLC

/B. Greg Cline/
B. Greg Cline
Georgia State Bar No. 170410
Telephone: (770) 670-6203
Facsimile: (770) 670-6213
bgcline@gabusinesslawgroup.com
**2 Ravinia Drive**
**Suite 650**
**Atlanta, GA 30346**
**Attorney for Plaintiff The DeLoach Group, Inc.**
**d/b/a Quastar Computer International**

IN THE UNITED STATED DISTRICT COURT OF THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| THE DELOACH GROUP, INC. d/b/a Quastar Computer International,<br><br>Plaintiff<br><br>v.<br><br>ASHFORD FINANCE, LLC, NOUSHIR HASAN, CARREFOUR INFORMATIQUE TREMBLANT, INC., CORPORATE FUNDING PARTNERS, LLC d/b/a GANGES EXPORTS USA, LC.COM, LTD, MARSHALL JABLON, MIKE TONES, AMIN HAQ and BEEM KHEMANEY,<br><br>Defendants | CASE NO: 1:11-CV-1678-JOF |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of January, 2015, Notice of 30(b)(1) deposition of Noushir Hasan being served this day on all counsel of record by email.

<u>/Bentley Greg Cline/</u>

B. Greg Cline

Georgia State Bar No. 170410

*Attorney for Plaintiff The DeLoach Group, Inc.*