# IN THE UNITED STATED DISTRICT COURT OF THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| THE DELOACH GROUP, INC. D/B/A, QUASTAR COMPUTER INTERNATIONAL <br><br> PLAINTIFF <br><br><br> v. <br><br><br> ASHFORD FINANCE LLC, NOUSHIR HASAN, CARREFOUR INFORMATIQUE TREMBLANT, INC, CORPORATE FUNDING PARTNERS, LLC D/B/A GANGES EXPORTS USA, LC.COM, LTD., MARSHALL JABLON, MIKE TONES, AMIN HAQ, BEEM KHEMANEY <br><br> DEFENDANTS | | CASE NO: 1:11-CV-1678-JOF |

## PLAINTIFF THE DELOACH GROUP, INC. D/B/A QUASTAR COMPUTER INTERNATIONAL NOTICE OF RULE 30(b)(1) DEPOSITION OF DEFENDANT MARSHALL JABLON

PLEASE TAKE NOTICE that Plaintiff The DeLoach Group, Inc. d/b/a Quastar

Computer International ("Quastar") will proceed to take the Fed. R. Civ. P. 30(b)(1)

deposition of Defendant Marshall Jablon at law offices of Hirsh & Heuser, P.C.125

TownPark Drive, Suite 300 Kennesaw, GA  30144, beginning at 10:00 a.m, and

February 24, 2015, beginning at 10:00 am under the authority of the Federal Rules

of Civil Procedure 26 and 30. The deposition shall be taken before a court reporter authorized to administer oaths, shall be recorded by video and stenographic means, and shall continue from day to day until completed for purposes of discovery and all other purposes permitted by law.

This 4th day of February, 2015.

GEORGIA BUSINESS LAW GROUP, LLC

/B. Greg Cline/
B. Greg Cline
Georgia State Bar No. 170410
Telephone: (770) 670-6203
Facsimile: (770) 670-6213
bgcline@gabusinesslawgroup.com
**2 Ravinia Drive**
**Suite 650**
**Atlanta, GA 30346**
**Attorney for Plaintiff The DeLoach Group, Inc.**
**d/b/a Quastar Computer International**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th  day of February, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


/B. Greg Cline/
B. Greg Cline
Georgia State Bar No. 170410
*Attorney for Plaintiff The DeLoach Group, Inc.*