# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:11-cv-01678-LMM
## The Deloach Group, Inc. v. Ashford Finance LLC et al
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Chambers on 02/11/2015.

TIME COURT COMMENCED: 11:00 A.M.
TIME COURT CONCLUDED: 11:10 A.M.      COURT REPORTER: Monty Vann
TIME IN COURT: 00:10                  DEPUTY CLERK: Rebecca Bachelor
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Bentley Cline representing The Deloach Group, Inc.<br>Richard Epstein representing Ashford Finance LLC<br>Richard Epstein representing Noushir Hasan<br>Michael Hirsh representing Corporate Funding Partners, LLC<br>Michael Hirsh representing LC.com, Ltd.<br>Michael Hirsh representing Marshall Jablon<br>Marvin Pastel representing Ashford Finance LLC<br>Marvin Pastel representing Noushir Hasan<br>Lionel Postic representing Corporate Funding Partners, LLC<br>Lionel Postic representing LC.com, Ltd.<br>Lionel Postic representing Marshall Jablon |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | A Telephone Conference was held regarding the status of this civil action. The Court informed the parties that they should contact the Court if the parties are unable to complete discovery prior to the close of discovery or if discovery disputes arise. The Plaintiff indicated that a settlement has been reached with Defendants Ashford Finance LLC and Noushir Hasan. |
| HEARING STATUS: | Hearing Concluded |