UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| THE DELOACH GROUP, INC. d/b/a, Quastar Computer International,<br><br>                Plaintiff,<br><br>    vs.<br><br>ASHFORD FINANCE, LLC, NOUSHIR HASAN, CARREFOUR INFORMATIQUE TREMBLANT, INC., CORPORATE FUNDING PARTNERS, LLC D/B/A GANGES EXPORTS USA, LC.COM, LTD., MARSHALL JABLON, MIKE TONES, AMIN HAQ, BEEM KHEMANEY.<br><br>                Defendants. | CASE NO. 1:11-cv-01678-LMM |

**NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD FOR DEFENDANTS ASHFORD FINANCE, LLC AND NOUSHIR HASAN'S <u>ON BEHALF OF MARY B. CLARK, ESQ.</u>**

**PLEASE TAKE NOTICE** that Mary B. Clark, Esq. (who was previously admitted *pro hac vice* in this matter; Doc. #38) is no longer associated with the law firm of Greenspoon Marder, P.A. and, consequently, is no longer counsel for Defendants Ashford Finance, LLC and Noushir Hasan ("Defendants"). Thus, Defendants hereby give notice of Ms. Clark's withdrawal as their counsel, and further state as follows:

       1.     Defendants Ashford Finance, LLC and Noushir Hasan are represented and will continue to be represented in this matter by the following attorneys of record: Marvin P. Pastel , II, Esq. of the law firm Winter Capriola Zenner, LLC (local Georgia counsel who made his first appearance on May 23, 2011 when the Notice of Removal was filed); Richard W. Epstein, Esq. of the Florida law firm Greenspoon Marder, P.A. admitted *pro hac vice* on June 13, 2011; Rebecca F. Bratter, Esq. of the Florida law firm Greenspoon Marder, P.A. admitted *pro hac vice* on June 13, 2011; and Meredith H. Leonard, Esq. of the Florida law firm Greenspoon Marder, P.A. admitted *pro hac vice* on March 14, 2014.

2. Accordingly, Ms. Clark's withdrawal as counsel will not result in a material adverse effect (nor any effect whatsoever) on Defendants' current representation in this matter.

3. Copies of all further papers and proceedings herein, except original process, shall continue to be served upon the remaining attorneys of record for Defendants Ashford Finance, LLC and Noushir Hasan.

4. Ms. Clark's withdrawal as counsel of record is effective immediately.

Respectfully submitted this 12th day of February, 2015.

                                      Respectfully submitted,

                                      *s/Richard W. Epstein*
                                      Richard W. Epstein (Florida Bar No. 229091)
                                      Richard.Epstein@gmlaw.com
                                      Admitted Pro Hac Vice
                                      Rebecca F. Bratter (Florida Bar No. 685100)
                                      Rebecca.Bratter@gmlaw.com
                                      Admitted Pro Hac Vice
                                      Meredith H. Leonard (Fl. Bar No. 69535)
                                      Meredith.Leonard@gmlaw.com
                                      Admitted Pro Hac Vice
                                      **GREENSPOON MARDER, P.A.**
                                      200 E. Broward Blvd., Suite 1800
                                      Ft. Lauderdale, FL 33301
                                      Telephone: 954-491-1120
                                      Fax:  954-343-6958

                                      -and-

                                      Marvin P. Pastel , II
                                      **WINTER CAPRIOLA ZENNER, LLC**
                                        One Securities Center, Suite 800
                                      3490 Piedmont Road NE
                                      Atlanta, GA 30305
                                      Telephone: 404-844-5641
                                      Fax: 404-844-5701
                                      Email: mpastel@wczlaw.net

                                      *Attorneys for Defendants Ashford*
                                      *Finance LLC and Noushir Hasan*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of February, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Richard W. Epstein*
RICHARD W. EPSTEIN

Lionel John Postic
Lionel J. Postic, P.C.
5029 Corporate Woods Dr.
Suite 225
Virginia Beach, VA 23462
Telephone: 678-283-2256
Fax: 770-234-4159
Email: lpostic@mindspring.com
*Attorneys for Corporate Funding Partners, LLC, Marshall Jablon and LC.Com, Ltd.*
Via Electronic Mail

Michael Ross Hirsh
Hirsh & Heuser
125 TownPark Drive
Suite 300
Kennesaw, GA 30144
Telephone: 770-420-8224
Email: mrhirsh@integrity.com
*Attorneys for Corporate Funding Partners, LLC, Marshall Jablon and LC.Com, Ltd.*
Via Electronic Mail

Beem Khemaney
292 Fifth Avenue
Suite 200
New York, NY 10001
Via U.S. Mail

Carrefour Informatique Tremblant, Inc.
460 Montee Kavahagh
Mont Tremblant, Quebec J8E2P2
Via U.S. Mail

Bentley Greg Cline
Georgia Business Law Group, LLC
2 Ravinia Drive
Suite 650
Atlanta, GA 30346
Telephone: 770-670-6203
Fax: 770-670-6213
*Email: bgcline@gabusinesslawgroup.com*
*Attorneys for The Deloach Group, Inc.*
Via Electronic Mail

Mike Tones
460 Montee Kavahagh
Mont Tremblant, Quebec J8E2P2
Via U.S. Mail

Amin Haq
292 Fifth Avenue
Suite 200
New York, NY 10001
Via U.S. Mail