# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:11-cv-01678-LMM
## The Deloach Group, Inc. v. Ashford Finance LLC et al
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Chambers on 02/13/2015.

TIME COURT COMMENCED: 10:37 A.M.
TIME COURT CONCLUDED: 10:43 A.M.       COURT REPORTER: Monty Vann
TIME IN COURT: 00:06                                     DEPUTY CLERK: Rebecca Bachelor
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Bentley Cline representing The Deloach Group, Inc.<br>Meredith Leonard representing Ashford Finance LLC<br>Meredith Leonard representing Noushir Hasan |
| PROCEEDING CATEGORY: | Telephone Conference (Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | A Telephone Conference was held for counsel to discuss an issue with their settlement agreement as to defendants Ashford Finance LLC and Noushir Hasan. The parties will include language in their dismissal documents regarding the Court retaining jurisdiction to enforce the settlement agreement. |
| HEARING STATUS: | Hearing Concluded |