IN THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| THE DELOACH GROUP, INC. D/B/A, QUASTAR COMPUTER INTERNATIONAL, PLAINTIFF, | |
| v. | CASE NO: 1:11-CV-1678-LMM |
| ASHFORD FINANCE LLC, NOUSHIR HASAN, CARREFOUR INFORMATIQUE TREMBLANT, INC, CORPORATE FUNDING PARTNERS, LLC D/B/A GANGES EXPORTS USA, LC.COM, LTD., MARSHALL JABLON, MIKE TONES, AMIN HAQ, BEEM KHEMANEY, DEFENDANTS. | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff and the parties served in this action, Ashford Finance LLC, Noushir Hasan, Corporate Funding Partners, LLC, LC.Com, Ltd., and Marshall Jablon ("Served Defendants") stipulate that this action may be dismissed against the Served Defendants with prejudice, with the parties bearing their own cost.

Furthermore, the Plaintiff and the Served Defendants have entered into settlement agreements and the Plaintiff and the Served Defendants agree that the Court will retain jurisdiction to enforce said settlement agreements.

Dated March 17, 2015.

Respectfully Submitted,


*/B. Greg Cline/*
B. Greg Cline
Georgia State Bar No. 170410
Telephone: (770) 670-6203
Facsimile: (770) 670-6213
bgcline@gabusinesslawgroup.com
2 Ravinia Drive
Suite 650
Atlanta, GA 30346

*Attorney for Plaintiff The DeLoach Group, Inc. d/b/a Quastar Computer International*


*/s/ Meredith Leonard*
Richard W. Epstein (Florida Bar No. 229091)
Richard.Epstein@gmlaw.com
Admitted Pro Hac Vice
Rebecca F. Bratter (Florida Bar No. 685100)
Rebecca.Bratter@gmlaw.com
Admitted Pro Hac Vice
Meredith H. Leonard (Florida Bar No. 69535)
Meredith.Leonard@gmlaw.com
Admitted Pro Hac Vice
**GREENSPOON MARDER, P.A.**
200 E. Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
Telephone: 954-491-1120
Fax:  954-343-6958

And

Marvin P. Pastel , II
**WINTER CAPRIOLA ZENNER, LLC**
One Securities Center, Suite 800

3490 Piedmont Road NE
Atlanta, GA 30305
Telephone: 404-844-5641
Fax: 404-844-5701
Email: mpastel@wczlaw.net

*Attorneys for Defendants Ashford Finance LLC and Noushir Hasan*

/Michael R. Hirsh/
Michael R. Hirsh, GBN 357220
HIRSH & HEUSER, P.C.
125 TownPark Drive, Suite 300
Kennesaw, GA 30144
770-420-8224
mrhirsh@hirshandheuser.com

And

Lionel J. Postic
**LIONEL J. POSTIC, P.C.**
241 Washington Avenue, NE,
Marietta, GA 30060
678-283-2256
lpostic@mindspring.com

*Counsel for Corporate Funding Partners, LLC, Marshall Jablon and LC.Com., Ltd.*