IN THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| THE DELOACH GROUP, INC. D/B/A, QUASTAR COMPUTER INTERNATIONAL, PLAINTIFF, | |
| v. | CASE NO: 1:11-CV-1678-LMM |
| ASHFORD FINANCE LLC, NOUSHIR HASAN, CARREFOUR INFORMATIQUE TREMBLANT, INC, CORPORATE FUNDING PARTNERS, LLC D/B/A GANGES EXPORTS USA, LC.COM, LTD., MARSHALL JABLON, MIKE TONES, AMIN HAQ, BEEM KHEMANEY, DEFENDANTS. | |

## NOTICE OF DISMISSAL OF NON-SERVED DEFENDANTS WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A), Plaintiff The DeLoach Group, Inc. hereby dismisses all Defendants that were not served in this case, Carrefour Informatique Tremblant, Inc., Mike Tones and Beem Khemaney, (the "Non-served Defendants") without prejudice. Plaintiff states that none of the Non-Served Defendants filed any answer or motion for summary judgment in this case.

Dated March 17, 2015.

Respectfully Submitted,


*/B. Greg Cline/*
B. Greg Cline
Georgia State Bar No. 170410
Telephone: (770) 670-6203
Facsimile: (770) 670-6213
bgcline@gabusinesslawgroup.com
2 Ravinia Drive
Suite 650
Atlanta, GA 30346

*Attorney for Plaintiff The DeLoach Group, Inc. d/b/a Quastar Computer International*